**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| B.A.S.S & M, Inc.[1], | ) | Bankruptcy Number 24-15381 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Donald R. Cassling |

NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT FROM A JUDGMENT OR ORDER FROM THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

NOTICE is hereby given that Suzie Baba Wilson ("Wilson") and Swedlana Dass ("Dass"), in the above named case, hereby appeals to the United States District Court from the Order Granting the Motion of the Chapter 7 Trustee, the Chicago of Chicago and Nine Left Capital Master Fund LP's Joint Motion to Grant the City of Chicago Derivative Standing (Docket 739) by the Honorable Donald R. Cassling, Judge of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

**Part 1: Identify the appellant(s):**

1. Name(s) of appellant(s): Suzie Baba Wilson ("Wilson") and Swedlana Dass ("Dass")

[1] This Bankruptcy Case is the lead case in jointly administered cases. The Debtors are: B.A.S.S. & M., Inc. (24-15381), Dover I, LLC, (24-15384), Dagny, LLC, (24-15387), Daisyland, LLC, (24-15390), Darcy, LLC, (24-15392), Darden, LLC, (24- 15394), Debrox, LLC, (24-15396), Derby, LLC, (24-15397), Dion, LLC, (24-15398), Direct, LLC, (24-15399), Distinctive, LLC, (24-15400), Dorchester, LLC, (24-15401), MGIL LLC, (24-15402), Real Soil, LLC, (24-15403), Real Taxes, LLC, (24-15405), Regal, LLC, (24-15406), S.T.E.P.A., Inc., (24-15407), STTA LLC, (24-15408), Super I, LLC, (24-15410), Vital, LLC, (24-15412), and Vivid, (24-15414).

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

Plaintiff

Defendant

Other (describe) ________________________

For appeals in a bankruptcy case and not in an adversary proceeding.

Debtor

X Creditor

Trustee

X Other (describe) Individuals

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

*Docket 739*: Order Granting Motion to Authorize (Related Doc # 724). Signed on 12/16/2025. (Mendoza, Laura) (Entered: 12/17/2025)

2. State the date on which the judgment, order, or decree was entered: December 16, 2025.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

**Attorney for party, Suzie Baba Wilson ("Wilson") and Swedlana Dass ("Dass")**

**Paul M. Bach**
Bach Law Offices, Inc.
P.O. Box 1285
Northbrook, IL 60065
847 564 0808

**Attorney for party Suzie Baba Wilson ("Wilson") and Swedlana Dass ("Dass")**

**Penelope N Bach**
Bach Law Offices

P.O. Box 1285
Northbrook, IL 60065

**Party, City of Chicago**
**David Paul Holtkamp**
121 N. LaSalle
Ste. 400
Chicago, IL 60602

**Party, City of Chicago**
**Peter Cavanaugh**
City of Chicago
121 N. Lasalle St.
Ste 600
Chicago, IL 60602

**Party, City of Chicago**
**Jaime Dowell**
City of Chicago
121 N. LaSalle St., Ste. 400
Chicago, IL 60602

**Party, Ariane Holtschlag**
**Ariane Holtschlag**
Paulsen & Holtschlag LLC
1245 S Michigan #115
Chicago, IL 60605

**Party, Nine Left Capital Master Fund LP**
**Edward Casmere**
Norton Rose Fulbright US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have

the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

X Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Respectfully Submitted
Suzie Baba Wilson and Swedlana Dass

By: /s/ Paul M. Bach
Paul M. Bach, one of their attorneys

Paul M. Bach
Penelope N. Bach
Bach Law Offices, Inc.
PO Box 1285
Northbrook, Illinois 60065
(847) 564-0808

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served a copy of the NOTICE OF APPEAL, by ECF on December 29, 2025 on the parties listed below.

/s/Paul M. Bach

- Austin Bruce Alexander austin.alexander@thompsonhine.com, ecfdocket@thompsonhine.com
- Michael A Brandess michael.brandess@huschblackwell.com, Docket.Bankruptcy@huschblackwell.com;michael-brandess-5090@ecf.pacerpro.com
- Adam G. Brief Ustpregion11.es.ecf@usdoj.gov
- Lynn Hamilton Butler lynn.butler@huschblackwell.com, penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;Georgia.Kimbrough@huschblackwell.com;lynn-hamilton-butler-2113@ecf.pacerpro.com
- Edward Casmere ed.casmere@nortonrosefulbright.com, robert.hirsh@nortonrosefulbright.com,eric.daucher@nortonrosefulbright.com,nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com
- Peter Cavanaugh peter.cavanaugh@cityofchicago.org
- Jonathan M. Cyrluk cyrluk@carpenterlipps.com, figueroa@carpenterlipps.com
- Jaime Dowell jaime.dowell@cityofchicago.org
- Micah J Fishman micah.fishman@thompsonhine.com, sean.gordon@thompsonhine.com,ecfdocket@thompsonhine.com
- Sean Gordon sean.gordon@thompsonhine.com
- Ryan C Hardy rhardy@lplegal.com, nbailey@lplegal.com;druiz@lplegal.com;kpatton@lplegal.com;ikropiewnicka@lplegal.com
- David Paul Holtkamp David.Holtkamp2@cityofchicago.org
- Ariane Holtschlag, trustee aholtschlag@ph-firm.com, aholtschlag@ecf.axosfs.com;bkadmin@axosfs.com;ariane.holtschlag@gmail.com
- Monique B Howery mhowery@rshc-law.com, docketdept@rshc-law.com
- Laura Lefkow-Hynes laura.lefkow-hynes@cityofchicago.org
- Richard A. Saldinger saldinger@lsclegal.com
- Elizabeth B Vandesteeg evandesteeg@lplegal.com, nbailey@lplegal.com;ikropiewnicka@lplegal.com;druiz@lplegal.com;kpatton@lplegal.com