# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 South Dearborn

Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Date 1/28/2026

Bankruptcy Case Number 24 B 15381

Case Name B.A.S.S. & M., Inc

Notice of Appeal Filed 12/29/2025

Appellant Swedlana Dass, Suzie Baba Wilson

District Court Number 25 cv 15741

District Court Judge Steven C. Seeger

Dear Sir:

Pursuant to **Bankruptcy Rule 8010** transmitted herewith is the Record on Appeal. The Record on Appeal consists of:

- [x] Designation and Statement of Issues
- [x] Transmittal Letter
- [x] Copy of Docket Sheet
- [ ] Exhibits
- [x] Transcript(s)

Additional Items Included

- [x] Appellee's Designation of Record. Restricted Transcript hearing 12/16/2025
  Appellee's Restricted Transcript hearing 1/13/2026

[ ] Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

- [ ] ______

Previous D C Judge ______ Case Number ______

By Deputy Clerk Lakeysha Sims