# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | | |
|---|---|---|---|
| In Re: | ) | BK No.: | 24-15381 |
| B.A.S.S. & M., Inc., et al., | ) | (Jointly Administered) | |
| | ) | Chapter: 7 | |
| | ) | Honorable Donald R. Cassling | |
| | ) | | |
| | ) | | |
| | ) | | |
| Debtor(s) | ) | | |

**ORDER GRANTING CHAPTER 7 TRUSTEE, THE CITY OF CHICAGO, AND NINE LEFT CAPITAL MASTER FUND LP'S JOINT MOTION TO GRANT THE CITY OF CHICAGO DERIVATIVE STANDING**

This matter coming before the Court on the Chapter 7 Trustee, the City of Chicago, and Nine Left Capital Master Fund LP's Joint Motion to Grant the City of Chicago Derivative Standing (the "Motion"), IT IS HEREBY ORDERED:

1. The Motion is GRANTED as provided herein;

2. The City of Chicago (the "City") is granted derivative standing to investigate and prosecute all avoidance actions and other causes of actions of the estates under §§ 541-545 and 547-550 of the Bankruptcy Code, and all incorporated or related legal claims whether under state law, federal law, or otherwise;

3. The City is granted authority to seek and request documents and evidence in the same manner the Chapter 7 Trustee (the "Trustee") would be authorized to do so, including under the Bankruptcy Code and through Rule 2004 examinations;

4. The City, the Trustee, and Nine Left Capital Master Fund LP ("Nine Left"), are granted authority to provide and receive between each other any advice, evidence, work product, or any other type of information regarding these bankruptcy cases without breaching confidentiality.

5. The City shall obtain the consent of the Trustee and of Nine Left prior to bringing any action or agreeing to settle any action under this Order. The Trustee and Nine Left must not unreasonably withhold such consent. Any settlement is subject to Court approval.

6. Any funds or property recovered in any action brought derivatively under authority granted by this Order constitute property of the estate and shall be delivered to the estate (with cash proceeds deposited into the Trustee's accounts for these cases) subject to interim disbursements to Nine Left and the City as further provided by this Order.

7. Any property of the estate, including any recovered property, or funds under this Order, distributed by the Trustee shall constitute "moneys disbursed or turned over in the case by the trustee" within the meaning of Section 326 of the Bankruptcy Code and the Trustee's commission shall be paid from all proceeds before any other disbursements, including any disbursements to Nine Left or the City.

8. After paying the Trustee's commission, and any allowed administrative expenses of the estate, proceeds of any cause of action brought derivatively by the City under this Order will be disbursed as

follows:

    a. The first $1,500,000 recovered will be split 65% to Nine Left and 35% to the City;

    b. Any recovery after the first $1,500,000 will be split 40% to Nine Left and 60% to the City;

    c. Nine Left's total claim against the estates is capped at $4,000,000 and is not be entitled to any further payments above that amount;

    d. The funds paid to the City will first be applied to the unsecured portion of its claim and then to its secured portion;

    e. After Nine Left and the City's claims are satisfied in full the Trustee shall retain all funds and property recovered through actions brought under this Order and distribute them to all remaining creditors in accordance with the Bankruptcy Code or further Court order;

    9.  To the extent that it otherwise would be applicable, the 14-day stay period of Bankruptcy Rule 6004(h) is expressly waived. This Order shall become effective immediately upon its entry and is a final order.

                                                    Enter:  *Donald R. Cassling*

                                                            Honorable Donald R. Cassling
Dated:  December 16, 2025                                    United States Bankruptcy Judge

    **Prepared by:**

    Ariane Holtschlag (6294327)
    1245 S Michigan #115
    Chicago, IL 60605
    Tel: (773) 645-0737
    Email: aholtschlag@ph-firm.com