# EXHIBIT C

 Outlook

---

## RE: (IMPORTANT) - B.A.S.S. & M (24-bk-15381) - Subpoena

---

**From** David Holtkamp <David.Holtkamp2@cityofchicago.org>

**Date** Mon 3/9/2026 4:56 PM

**To** Douglas Belofsky <douglas@belofsky.com>

**Cc** Peter Cavanaugh <Peter.Cavanaugh@cityofchicago.org>; Kristina McClure
<Kristina.McClure@cityofchicago.org>; Laura Lefkow-Hynes <Laura.Lefkow-Hynes@cityofchicago.org>; Ariane
Holtschlag <aholtschlag@ph-firm.com>

---

🔗 1 attachment (539 KB)

Belofsky Subpoena (Served).pdf;

Let's try this another way. Pursuant to 11 U.S.C. 542 the City, derivatively for the estates
and the trustee, demands turnover of all books and records of each of the 21 debtors in your
possession, custody, or control, and all debtor books and records in the possession, custody,
or control, of S & O Consulting Group, Inc. and Shapiro Olefsky & Company. That includes
the entire client file for each debtor from you and all tax documents from your client. This
is estate property any you must turn it over. You don't get a protective order for the trustee
to see her own documents. Please produce these debtor documents immediately. You have
known we wanted them for weeks through the subpoenas.

As for anything in the subpoena to you and your clients, I am not narrowing. (I have
attached the subpoena to you). You and your client have both blown the time to raise your
objections to service. You should produce documents where there is no objection and
provide a written objection / privilege log with the rest.

I really hope we can just move forward with production here.

Thanks,
-David

### David Paul Holtkamp
**Deputy Corporation Counsel, COAL**
City of Chicago Department of Law
121 N. LaSalle St., Ste. 400
Chicago, IL 60602
312-744-6967
[www.cityofchicago.org/law](http://www.cityofchicago.org/law)

