**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Hon. Daniel R. Fine |
| **B.A.S.S. & M., INC.**, *ET AL.*, | No. 24-BK-15381<br>Chapter 7 |
| Debtors. | Hearing Date: 5/12/2026<br>Hearing Time: 10:30AM |

**NOTICE OF MOTION**

TO:    See attached service list.

PLEASE TAKE NOTICE that on May 12, 2026 at 10:30AM , I will appear before Judge Daniel Fine, or any judge sitting in that judge's place, **either** in courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, 60604, **or** electronically as described below, and present the Motion to Approve Settlement between the City of Chicago and Landsman Saldinger Carroll PLLC, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 414 7941 and no passcode is required. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it

1

By: /s/Angelica Harb
Assistant Corporation Counsel

Angelica Harb, Assistant Corporation Counsel
City of Chicago Department of Law
121 N. La Salle St., Suite 400
Chicago, Illinois 60602
(312) 742-0661
Angelica.harb@cityofchicago.org

## CERTIFICATE OF SERVICE

I, Angelica Harb, an attorney, hereby certify that on April 21, 2026, I caused a copy of the this notice and the attached Motion to Approve Settlement between City of Chicago and Landsman Saldinger Carroll PLLC, to be served via the court's electronic noticing system for Registrants on those designated to receive such service as provided on the attached Service List and by U.S. mail, proper postage paid, on the Non-Registrants designated on the below Service List.

By: /s/ Angelica Harb
Assistant Corporation Counsel

## SERVICE LIST

### Registrants
(Via CM/ECF)

- Paul M. Bach paul@bachoffices.com, pnbach@bachoffices.com;bachecf@gmail.com;bach.paulm.b122358@notify.bestcase.com
- Michael A Brandess    michael.brandess@huschblackwell.com, Docket.Bankruptcy@huschblackwell.com;michael-brandess-5090@ecf.pacerpro.com
- Adam G. Brief    Ustpregion11.es.ecf@usdoj.gov
- Edward Casmere    ed.casmere@nortonrosefulbright.com, robert.hirsh@nortonrosefulbright.com,eric.daucher@nortonrosefulbright.com,nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com
- Peter Cavanaugh    peter.cavanaugh@cityofchicago.org
- Elizabeth Conard  Elizabeth.conard@cityofchicago.org
- Jonathan M. Cyrluk    cyrluk@carpenterlipps.com, figueroa@carpenterlipps.com
- Jaime Dowell    jaime.dowell@cityofchicago.org
- Ryan C. Hardy    rhardy@lplegal.com, nbailey@lplegal.com;druiz@lplegal.com;kpatton@lplegal.com;ikropiewnicka@lplegal.com
- David Paul Holtkamp    David.Holtkamp2@cityofchicago.org
- Ariane Holtschlag, trustee    aholtschlag@ph-firm.com, aholtschlag@ecf.axosfs.com;bkadmin@axosfs.com;ariane.holtschlag@gmail.com
- Monique B. Howery    mhowery@rshc-law.com, docketdept@rshc-law.com
- Laura Lefkow-Hynes    laura.lefkow-hynes@cityofchicago.org
- Kristina Anne McClure Kristina.mcclure@cityofchicago.org
- Richard A. Saldinger    saldinger@lsclegal.com
- Elizabeth B Vandesteeg    evandesteeg@lplegal.com, nbailey@lplegal.com;ikropiewnicka@lplegal.com;druiz@lplegal.com;kpatton@lplegal.com
- Jeffrey Paulsen  jpaulsen@ph-firm.com

### Non-Registrants
Via U.S. Mail

3

**Service List**

| | | |
|---|---|---|
| Alexis Lucena, Individually and DBA Champion Automobile | 1729 N. Oak Ave. | Elmwood Park, IL 60707 |
| Andres Alfonso Ardile Orozco | 12430 Fairview Ave., Apt. 2W | Blue Island, IL 60406 |
| Ashoor Baba | 2516 Waukegan Rd., #339 | Glenview, IL 60025-1774 |
| Baba Law | 7330 N. Cicero Ave. | Lincolnwood, IL 60712-1614 |
| Baba Law c/o Ishtar Baba | 7044 N. Kilpatrick Ave. | Lincolnwood, IL 60712-2129 |
| Board of Directors and Authorized Represents c/o Thompson Hine LLP | 20 N. Clark St., Ste. 3200 | Chicago, IL 60602-5093 |
| Brandon O. Huizar and Zaymax Towing & Recovery Svcs. | 2924 N. Whipple St. | Chicago, IL 60618-7619 |
| Chicago Transit Authority Law Department | 567 W. Lake St. | Chicago, IL 6061-1405 |
| Clark LLC c/o Douglas Belofsky Law Offices of Douglas Belofsky PC | 707 Skokie Blvd., Ste. 600 | Northbrook, IL 60062-5841 |
| Clear Channel Outdoor LLC | 4830 N. Loop 1604 W, Ste. 111 | San Antonio, TX 78249-3983 |
| Comma Corp c/o Douglas Belofsky Law Offices of Douglas Belofsky PC | 707 Skokie Blvd., Ste. 600 | Northbrook, IL 60062-2841 |
| Common I LLC c/o Douglas Belofsky Law Offices of Douglas Belofsky PC | 707 Skokie Blvd., Ste. 600 | Northbrook, IL 60062-2841 |
| Cook County Treasurer's Office | 118 N. Clark St., Rm 112 | Chicago, IL 60602-1590 |
| Coparr Towing Inc. and Omar Diaz | 223 S. Mason St. | Bensenville, IL 60106 |
| CSU Producer Resources Inc. | PO Box 145416 | Cincinnati, OH 45250-4516 |
| Cynthia Robles | 8519 S. Buffalo Ave. | Chicago, IL 60617-2612 |
| David R. Hester | 7442 S. Evans Ave. | Chicago, IL 60619-1916 |
| DeVore Radunsky LLC | 230 W. Monroe St., Ste. 230 | Chicago, IL 60606-4736 |
| DeWayne Stewart | PO Box 12582 | Chicago, IL 60612-0582 |
| Discount Inn Inc c/o Douglas Belofsky Law Offices of Douglas Belofsky PC | 707 Skokie Blvd., Ste. 600 | Northbrook, IL 60062-2841 |
| Douglas Belofsky | 707 Skokie Blvd., Ste. 600 | Northbrook, IL 60062-2841 |

## Service List

| | | |
|---|---|---|
| Law Offices of Douglas Belofsky PC Dulce LLC c/o Douglas Belofsky Law Offices of Douglas Belofsky PC | 707 Skokie Blvd., Ste. 600 | Northbrook, IL 60062-2841 |
| Efren Campos | 4956 S. Laflin St. | Chicago, IL 60609 |
| Elrod Friedman LLP | 325 N. La Salle St., Ste. 450 | Chicago, IL 60654-6466 |
| Enyerber de Jesus Gonzalez Gutierrez | 3101 w. 71st St., Bsmt | Chicago, IL 60629 |
| FCOC, LLC c/o Registered Agents Inc. | 25 1st Ave. SW, Ste. A | Watertown, SD 57201-3507 |
| Frederick A. Lucas | 920 Wentworth Ave. | Calumet City, IL 60409-5208 |
| Freedom International Outreach Ministries Inc | 210 S. Cicero Ave. | Chicago, IL 60644 |
| Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd. | 835 McClintock Dr., 2nd Fl. | Burr Ridge, IL 60527-0860 |
| Hector Barrientos | 208 Porter Ln. | Bolingbrook, IL  60440-2026 |
| Illinois Treasurer's Office | 555 W. Monroe St., 14th Fl. | Chicago, IL 60661-3605 |
| Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101-7346 |
| Isaias Ramos | 6118 S. Princeton St. | Chicago, IL 60621-3224 |
| Isaias Ramos | 4800 S. Richmond St. | Chicago, IL 60632-2007 |
| Jose Guadalupe Aguirre Lopez | 5010 S. Morgan St. | Chicago, IL 60609-5160 |
| Jose Luis Roman Guzman c/o Douglas Belofsky Law Office of Douglas Belofsky PC | 707 Skokie Blvd., Ste. 600 | Northbrook, IL 60062-2841 |
| Landsman Saldinger Carroll PLLC | 161 N. Clark St., #1600 | Chicago, IL 60601-3338 |
| Legends Concrete LLC and Carlos E. Garcia | 2237 N. Mulligan Ave. | Chicago, IL 60639-2629 |
| Lot Acquisition, LLC c/o Registered Agents Inc. | 2501 Chatham Rd., Ste. R | Springfield, IL 62704 |
| Luis Bracamontes | 1974 W. Algonquin Rd., Apt. 5A | Mount Prospect, IL 60056-4836 |
| Luna Realty Group c/o Jorge Luna | 6426 W. Cermak Rd. | Berwyn, IL 60402-2310 |
| Martin's Towing and Martin B. Delgado | 5530 S. Aberdeen St. | Chicago, IL 60621-1520 |
| Miguel Angel Martinez Roman | 4911 W. George St. | Chicago, IL 60641-5101 |
| Naomi R. Manns | 8908 S. Halsted St. | Chicago, IL 60620-1316 |

**Service List**

| | | |
|---|---|---|
| Office of the Clerk of the Circuit Court of Cook County | 50 W. Washington St., Ste. 1001 | Chicago, IL 60602-1316 |
| Olmedo Towing and Raul Morales Olmedo | 7823 S. Homan Ave. | Chicago, IL 60652-1517 |
| Oscar Javier Roman-Garcia | 5219 N. Oakview Ave., Apt. 1W | Chicago, IL 60656-3070 |
| Outfront/U.S. Real Estate | 2390 E. Camelback Rd., Ste. 204 | Phoenix, AZ 85016-3450 |
| Ponie MJP Logistics of Illinois and Robert C. Villegas | 5956 S. Paulina St. | Chicago, IL 60636-1629 |
| Random Corp<br>c/o Douglas Belofsky<br>Law Offices of Douglas Belofsky PC | 707 Skokie Blvd., Ste. 600 | Northbrook, IL 60062-2841 |
| Reuben Jesus Romo, Individually and dba Champion Automobile | 430 Michael MNR | Glenview, IL 60025-4636 |
| Rovo, LLC<br>c/o Douglas Belofsky<br>Law Office of Douglas Belofsky PC | 707 Skokie Blvd., Ste. 600 | Northbrook, IL 60062-2841 |
| Salvador Laguna Parraguire Top Gear Towing and Lagunas Auto | 4345 W. 78th St. | Chicago, IL 60652-1220 |
| Shapiro Olefsky & Company c/o Alan Shapiro | 425 Huehl Rd., Ste. 12A | Northbrook, IL 60062 |
| SNS General Corp.<br>c/o Douglas Belofsky<br>Law Office of Douglas Belofsky PC | 707 Skokie Blvd., Ste. 600 | Northbrook, IL 60062-2841 |
| Soto Towing Inc., et al. | 5810 S. Sangamon St. | Chicago, IL 60621-2128 |
| Suzie B. Wilson | 2516 Waukegan Rd #339 | Glenview IL 60025 |
| Turner Properties, Inc.<br>c/o Douglas Belofsky<br>Law Office of Douglas Belofsky PC | 707 Skokie Blvd., Ste. 600 | Northbrook, IL 60062-2841 |
| UKO Enterprise LLC and Kokoete B. Bassey | 3825 192nd St. | Homewood, IL 60430-4314 |
| Union Recycling & Wast c/o Kevin Raczkowski | PO Box 17014 | Chicago, IL 60617-0014 |
| Victorious, LLC | 707 Skokie Blvd., Ste. 600 | Northbrook, IL 60062-2841 |

**Service List**

| | | |
|---|---|---|
| c/o Douglas Belofsky<br>Law Office of Douglas<br>Belofsky PC | | |
| Vincennes, Corp.<br>c/o Douglas Belofsky<br>Law Office of Douglas<br>Belofsky PC | 707 Skokie Blvd., Ste. 600 | Northbrook, IL 60062-2841 |
| United State's Attorney's<br>Office<br>NDIL Eastern Division | 219 S. Dearborn St., 5th Floor | Chicago, IL 60604 |
| Kendredge C. Howell | 612 W. 77th Street | Chicago, IL 60620 |
| Swedlana Dass | 2516 Waukegan Rd #339 | Glenview IL 60025 |
| TNT Motors, LLC and Tristan<br>E. Brown | 8230 S. Eberhart Avenue | Chicago, IL 60619 |

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Hon. Daniel R. Fine |
| **B.A.S.S. & M., INC.**, *ET AL.*, | No. 24-BK-15381 |
| Debtors. | Chapter 7 |
| | Hearing Date: 5/12/2026 |
| | Hearing Time: 10:30AM |

**MOTION TO APPROVE SETTLEMENT BETWEEN THE CITY OF
CHICAGO, NOT INDIVIDUALLY BUT DERIVATIVELY FOR THE
BANKRUPTCY ESTATES OF B.A.S.S. & M., INC., ET AL.,
AND LANDSMANSALDINGER CARROLL PLLC
PURSUANT TO BANKRUPTCY RULE 9019(a)**

The City of Chicago (the "City"), not individually but derivatively for the bankruptcy estates of B.A.S.S. & M., Inc., et al. (collectively the "Debtors"), moves for entry of an order approving the settlement between the City and Landsman Saldinger Carroll PLLC ("Landsman"), pursuant to 11 U.S.C. § 105(a) (the "Bankruptcy Code") and Bankruptcy Rule 9019(a). A copy of the Settlement Agreement and Release (the "Agreement") is attached as **Exhibit A**. In support of this motion, the City states as follows.

**Background**

In February 2024, the City of Chicago acting on its own behalf and not in its derivative capacity, served citations to discover assets in state court on the Debtors, as well as third-party citations on their principals, Suzie Baba Wilson ("Wilson"), and Swedlana Dass ("Dass"). Each citation contained restraining provisions prohibiting

8

the Debtors from making or allowing any transfer or other disposition of any property not exempt from enforcement of a judgment.

On October 16, 2024 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under Chapter 11 in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). On October 29, 2024, the Court entered an order jointly administering the Debtors' cases under the lead case, B.A.S.S. & M., Inc., Case No. 24-bk-15381. Dkt. 53.

On October 7, 2025, the Court entered an order converting the Debtors' cases to chapter 7. Dkt. 709. On October 14, 2025, the Chapter 7 Trustee was appointed. Dkt. 712.

On December 16, 2025, the Court entered an order granting the City derivative standing to pursue the Estates' claims, including avoidance, turnover, and disgorgement claims relating to prepetition transfers. Dkt. No. 739.

On January 15, 2026, the City filed an adversary proceeding styled *City of Chicago v. Landsman Saldinger Carroll PLLC, et al.*, Adv. Pro. No. 26-00018 (the "Adversary Proceeding"), asserting claims against Landsman, Wilson, and Dass. The complaint asserts claims including avoidance and turnover relating to prepetition transfers totaling $28,884.00 made to Landsman. Those transfers were made while the citation injunctions were in effect.

Landsman disputes and denies any and all claims and causes of actions asserted against it in the Adversary Proceeding and denies all liability and wrongdoing.

To avoid the expense, delay, and uncertainty of further litigating these claims, the City and Landsman have agreed to settle the Adversary Proceeding as to Landsman. See Ex. A. The parties have agreed as follows: (1) Landsman will pay $7,500.00 (the "Settlement Amount") to the Chapter 7 Trustee for the Estates; (2) payment shall be made within 1 calendar day after entry of a final, non-appealable order approving the Agreement pursuant to Rule 9019; (3) the City shall dismiss Landsman as party defendant and all claims against Landsman with prejudice in the Adversary Proceeding upon receipt of the Settlement Amount; and (4) mutual limited releases between Landsman and the City with default provisions.

### The Settlement Should Be Approved Under Rule 9019

Pursuant to Rule 9019 of the Bankruptcy Rules, bankruptcy courts are authorized to approve a compromise proposed following the filing of a motion and a hearing with notice to the creditors. Fed. R. Bankr. P. 9019(a). In reviewing a proposed settlement, the Court must determine that it is "fair and equitable," *Protective Comm. for Ind. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 424 (1968), and in the best interests of the estate, *In re Quay Corp., Inc.*, 372 B.R. 378, 382 (Bankr. N.D. Ill. 2007); see also *Depoister v. Mary M. Holloway Foundation*, 36 F.3d 582, 586 (7th Cir. 1994); *In re American Reserve Corp.*, 841 F.2d 159, 161 (7th Cir. 1987).

In assessing the Agreement, this Court should consider the following four factors: (1) the probability of success in litigation; (2) the likely difficulties in collection; (3) the complexity of the litigation involved and the expenses, inconvenience, and delay

10

necessarily attending it; and (4) the paramount interest of the creditors. *In re American Reserve Corp.*, 841 F.2d 159, 161-62 (7th Cir. 1987).

Here, the Agreement satisfies the four factors and should be approved. The City believes its claims against Landman are meritorious because the Debtors made transfers totaling $28,884.00 to Landsman while the citation injunctions were in full force and effect. However, Landsman disputes liability and denies any wrongdoing. Approval of the Agreement eliminates the inherent uncertainty of litigation. The Agreement allows for an efficient resolution of the claims against Landsman and creates a certain and immediate recovery for the Estates without the expense and delay of litigation. Additionally, the settlement does not impair the City's claims against the remaining defendants, Wilson and Dass, and the Adversary Proceeding will continue against those parties.

It is in the best interests of the estates and their creditors to minimize the risks, costs, expenses, and delays attendant to continued litigation with Landsman. The City believes that the terms of the Agreement are fair and reasonable, satisfy the standard promulgated by the Seventh Circuit governing compromise of controversies under Bankruptcy Rule 9019, and the Agreement should therefore be approved.

**THEREFORE**, the City respectfully requests that the Court: (a) approve the Agreement attached as Exhibit A, and (b) grant such other and further relief this Court deems necessary.

Respectfully submitted,

11

**CITY OF CHICAGO**, derivatively for the bankruptcy estates of the jointly administered Debtors,

Corporation Counsel
Mary B. Richardson-Lowry

Dated: April 21, 2026

By /s/   Angelica Harb

Assistant Corporation Counsel

Angelica Harb, Assistant Corporation Counsel
City of Chicago Department of Law
121 N. La Salle St., Suite 400
Chicago, Illinois 60602
(312) 742-0661
Angelica.harb@cityofchicago.org