# The Wilson–Dass Enterprise: Structure and Lines of Control

Parent Entity | Debtor — 21 jointly administered | Non-debtor subsidiary or affiliate | Children Entity | Litigation-Timed Trust | SD Manager Entity | [F] Nominal manager FCOC, LLC | [N] Nominal manager NRH, LLC

**Suzie Baba Wilson** OFFICER, DIRECTOR, MANAGER OR CONTROLLING BENEFICIARY OF EVERY ENTITY BELOW

**Swedlana Dass** RECORD OWNER OF MOST OF THE PARENT ENTITIES, EXCUSIVE CONTROL WITH WILSON

Wilson and Dass, together the Sisters, controlled every one of the Debtors and every other Defendant at all relevant times. Every entity below shares the UPS Store mailbox or the SD Mailbox as its address of record.

## PRIMARY ENTITIES

Six parent corporations and the twenty-two subsidiary LLCs. Each parent quit-claimed its least valuable, most liability-laden properties into subsidiaries, without consideration, and remained sole member. Seventeen subsidiaries are Debtors, five are non-debtor Defendants.

**Discount Inn, Inc.**
Illinois corp., Nov. 1, 1995. Wilson president, secretary, director; Dass former president and director, and owner. 900+ properties from 2000. Converted to Florida May 2026, redomesticated in Illinois July 23, 2026.

Discount Inn, Defendant, non-Debtor, subsidiary:

- [F] Dulce, LLC — Non-debtor. Aug. 23, 2007.

Debtor subsidiaries:

- [F] Dagny, LLC — 24-15387. Aug. 23, 2007.
- [F] Darcy, LLC — 24-15392. Aug. 23, 2007.
- [F] Darden, LLC — 24-15394. Aug. 23, 2007.
- [F] Debrox, LLC — 24-15396. Aug. 23, 2007.
- [F] Derby, LLC — 24-15397. Aug. 23, 2007.

Discount Inn Debtor subsidiaries, continued

- [F] Dion, LLC — 24-15398. Aug. 23, 2007.
- [F] Direct, LLC — 24-15399. Aug. 23, 2007.
- [F] Distinctive, LLC — 24-15400. Aug. 23, 2007.
- [F] Dorchester, LLC — 24-15401. Aug. 23, 2007.
- [F] Dover I, LLC — 24-15384. Aug. 23, 2007.
- [F] Daisyland, LLC — 24-15390. Sept. 12, 2007.

**Solo Land Corp.**
Illinois corp., Oct. 13, 1992. Wilson president and secretary. Sold its most valuable property for $1,000,000 shortly before June 2008, which made the planned transfers unnecessary.

Solo Land non-Debtor subsidiary:

- Simple Solo, LLC — Non-debtor. Feb. 6, 2008. Involuntarily dissolved Aug. 14, 2015.

**Comma Corp.**
Illinois corp., Sept. 24, 1992. Wilson president and secretary; Dass acts as its agent.

sole member; sole manager until 2023 of:

- [N] Common I, LLC — Non-debtor. Jan. 3, 2008.

**Random Corp.**
Illinois corp., Sept. 24, 1992. Wilson president, secretary, director; Dass former treasurer and director, and owner. 162+ properties. Converted to Florida late 2025, redomesticated in Illinois July 23, 2026.

Random, Defendant, non-Debtor subsidiary:

- [N] Rovo, LLC — Non-debtor. Aug. 1, 2013.

Random Debtor subsidiaries:

- [N] Real Soil, LLC — 24-15403. Jan. 3, 2008.
- [N] Real Taxes, LLC — 24-15405. Jan. 3, 2008.
- [N] Regal, LLC — 24-15406. Nov. 26, 2007.

**Vincennes Corp.**
Illinois corp., Aug. 3, 2001. Wilson president and secretary; Dass owner. 77+ properties. Wilson lists her Florida home as its address.

Vincennes, Defendant, non-Debtor subsidiary:

- [N] Victorious, LLC — Non-debtor. Feb. 6, 2008.

Vincennes, Debtor subsidiaries:

- [F] Vital, LLC — 24-15412. Feb. 6, 2008.
- [F] Vivid, LLC — 24-15414. Feb. 6, 2008.

**SNS General Corp.**
Illinois corp., July 20, 1992. Wilson president, secretary, director; Dass former treasurer and director, and owner.

SNS General, Debtor subsidiary:

- [F] Super I, LLC — 24-15410. Jan. 3, 2008.

## SECONDARY ENTITIES

Two parent corporations that held significant real estate in their own names until 2023, when each transferred it by quit-claim, for no consideration, to a South Dakota subsidiaries created at the same time. Every entity in this group is a Debtor.

**B.A.S.S. & M., Inc.**
A Debtor. 24-15381. Illinois corp., Apr. 3, 1995. Wilson president, secretary, director; Dass director. Owned by Wilson, Dass and their brother Ashoor Baba, who has no meaningful control.

B.A.S.S. & M Debtor subsidiary:

- STTA, LLC — A Debtor. 24-15408. South Dakota LLC, Sept. 22, 2023. SD Mailbox.

**S.T.E.P.A., Inc.**
A Debtor. 24-15407. Illinois corp., Oct. 13, 1999. Wilson president, secretary and sole owner.

S.T.E.P.A. Debtor subsidiary:

- MGIL, LLC — A Debtor. 24-15402. South Dakota LLC, Sept. 22, 2023. SD Mailbox.

## AFFILIATE ENTITIES

Non-debtor Defendants the Sisters hold directly, including one two-entity chain formed after the Petition Date. Several acquired property through tax sales in parallel with the Primary Entities.

**Pulse Path, LLC**
Delaware LLC, Mar. 13, 2025, after the Petition Date. Its only identified function is to serve as the member of Beam of Canaan.

Pulse Path Subsidiary:

- **Beam of Canaan, LLC** — Delaware LLC, Feb. 24, 2025. Received two personally owned properties from the Sisters for no consideration, Mar. 6, 2025, including 6235 N. Mozart Street.

**4311 West Palmer, Inc.**
Illinois corp., Sept. 2, 2010. Wilson president, secretary, director. Created to hold 4311 W. Palmer St., obtained at tax sale. Conveyed to a trust April 2025; the trust sold it December 2025 for $525,000. Dissolved May 26, 2026.

**Turner Properties, Inc.**
Illinois corp., Aug. 3, 2001. Wilson president and secretary; Dass former director. Sangamon County expansion, 60+ properties by tax sale.

**[F] Clark, LLC**
Illinois LLC, July 23, 2007. Wilson former manager. Acquired property at tax sale.

**[F] Lot Acquisition, LLC**
Illinois LLC, Aug. 7, 2007. Wilson former manager. Acquired property at tax sale.

**[F] Real Building, LLC**
Illinois LLC, July 30, 2007. Wilson former manager. Acquired property at tax sale.

**MNM Realty, Inc.**
Illinois corp., Feb. 18, 2004. Wilson president and secretary. 30+ properties by 2007.

**S & M Development I Corp.**
Illinois corp., Apr. 17, 2000. Wilson president and secretary. Acquired property at tax sale.

## CHILDREN ENTITIES

Nominally owned and managed by Wilson's adult children, Nicole and Matthew — Dass's niece and nephew. All are Defendants.

**Tax Property Investment Fund, LLC**
Delaware LLC, Feb. 18, 2020, formed by Wilson and Dass as its original members and managers. Nicole and Matthew now hold those roles. The Enterprise's primary active acquisition vehicle. Wilson personally keeps its books, drafts its leases, collects its rent and manages its tax-deed petitions.

**NSW Assets, LLC**
Illinois LLC, Mar. 23, 2022. Nicole nominal manager and member. Terminated May 27, 2026.

**NSW Properties, LLC**
Illinois LLC, Mar. 23, 2022, same day as NSW Assets. Nicole nominal manager and member. Not in good standing.

**10635 S Wentworth LLC**
South Dakota LLC, Oct. 7, 2024 — nine days before the Petition Date. Matthew nominal manager and member. Wilson prepared and executed its tax deed. Sold the Wentworth property Jan. 2026 for $140,000. Took a further deed one day after the Petition Date and sold that property Apr. 2025 for $22,000.

## LITIGATION-TIMED TRUSTS

Five Illinois land trusts, all created in 2025 and 2026 and settled with assets from other Defendants. Chicago Title Land Trust Company is trustee of each, named solely in that capacity. Wilson and Dass control all five.

**Trust 9002348628**
Created Apr. 15, 2025; funded Apr. 18, 2025 with the assets of 4311 West Palmer, Inc., for no consideration. Sold the property Dec. 2025 for $525,000.

**Trust 9002350979**
Created Apr. 6, 2026; funded Apr. 8, 2026 with property of Solo Land Corp., for no consideration.

**Trust 9002350981**
Created Apr. 6, 2026; funded Apr. 8, 2026 with 6235 N. Mozart Street from Beam of Canaan, for no consideration, later listed at $999,000.

**Trust 9002351104**
Created Apr. 6, 2026; funded Apr. 8, 2026 with the condominium of Discount Inn, Inc., for no consideration; later listed at $1,395,000.

**Trust 9002351106**
Created Apr. 6, 2026; funded Apr. 8, 2026 with property of Vincennes Corp., for no consideration; later listed at $285,000.

## THE SD MANAGER ENTITIES

Created September 2023, immediately after the City began vigorously pursuing collection. Installed as nominal managers across the Primary and Affiliate Entities.

**FCOC, LLC [F]**
South Dakota LLC, Sept. 13, 2023 — the same day as NRH and nine days before STTA and MGIL. SD Mailbox. Nominal manager of eleven Debtors — Dagny, Daisyland, Darcy, Darden, Debrox, Derby, Dion, Direct, Distinctive, Dorchester and Dover — and seven Defendants — Dulce, Super I, Vital, Vivid, Clark, Lot Acquisition and Real Building.

**NRH, LLC [N]**
South Dakota LLC, Sept. 13, 2023 2023 — the same day as FCOC and nine days before STTA and MGIL. SD Mailbox. Nominal manager of three Debtors — Real Soil, Real Taxes and Regal — and three Defendants — Rovo, Common I and Victorious.

Neither SD Manager Entity has ever actually functioned as a manager. Both list the SD Mailbox, the same address used by STTA, MGIL and Matthew's 10635 S Wentworth LLC. Wilson is the manager and owner of each. Dass was a co-manager and co-member of each.

Every group terminates at the same two people: Wilson and Dass. Wilson is the officer, director, manager or controlling beneficiary of every corporation, LLC and trust named in the Complaint, including the Debtors. Dass is the record owner of most of the Parent Entities, and with Wilson exercised exclusive control. The 2023 SD Manager Entities, the entities titled in the children's names and the 2025–26 land trusts each add a layer of paper between the Sisters and the assets without changing who directs the Enterprise.