# CHRONOLOGY OF ENTITY FORMATION

*The Enterprise Defendants (and Debtors) — 52 entities in date order of formation.*

| # | Formation Date | Entity | Entity Type | Role | Group | Nominal Parent / Manager / Officer |
|---|---|---|---|---|---|---|
| 1 | July 20, 1992 | **SNS General Corp.** | Illinois corporation | Defendant | Primary | Wilson & Dass |
| 2 | September 24, 1992 | **Comma Corp.** | Illinois corporation | Defendant | Primary | Wilson & Dass |
| 3 | September 24, 1992 | **Random Corp.** | Illinois corporation | Defendant | Primary | Wilson & Dass |
| 4 | October 13, 1992 | **Solo Land Corp.** | Illinois corporation | Defendant | Primary | Wilson & Dass |
| 5 | April 3, 1995 | **B.A.S.S. & M., Inc.** | Illinois corporation | Debtor | Secondary | Wilson & Dass |
| 6 | November 1, 1995 | **Discount Inn, Inc.** | Illinois corporation | Defendant | Primary | Wilson & Dass |
| 7 | October 13, 1999 | **S.T.E.P.A., Inc.** | Illinois corporation | Debtor | Secondary | Wilson & Dass |
| 8 | April 17, 2000 | **S & M Development I Corp.** | Illinois corporation | Defendant | Affiliate | Wilson & Dass |
| 9 | August 3, 2001 | **Turner Properties, Inc.** | Illinois corporation | Defendant | Affiliate | Wilson & Dass |
| 10 | August 3, 2001 | **Vincennes Corp.** | Illinois corporation | Defendant | Primary | Wilson & Dass |
| 11 | February 18, 2004 | **MNM Realty, Inc.** | Illinois corporation | Defendant | Affiliate | Wilson & Dass |
| 12 | July 23, 2007 | **Clark, LLC** | Illinois LLC | Defendant | Affiliate | FCOC |
| 13 | July 30, 2007 | **Real Building, LLC** | Illinois LLC | Defendant | Affiliate | FCOC |
| 14 | August 7, 2007 | **Lot Acquisition, LLC** | Illinois LLC | Defendant | Affiliate | FCOC |
| 15 | August 23, 2007 | **Dagny, LLC** | Illinois LLC | Debtor | Primary | Discount Inn, Inc. |
| 16 | August 23, 2007 | **Darcy, LLC** | Illinois LLC | Debtor | Primary | Discount Inn, Inc. |
| 17 | August 23, 2007 | **Darden, LLC** | Illinois LLC | Debtor | Primary | Discount Inn, Inc. |
| 18 | August 23, 2007 | **Debrox, LLC** | Illinois LLC | Debtor | Primary | Discount Inn, Inc. |
| 19 | August 23, 2007 | **Derby, LLC** | Illinois LLC | Debtor | Primary | Discount Inn, Inc. |
| 20 | August 23, 2007 | **Dion, LLC** | Illinois LLC | Debtor | Primary | Discount Inn, Inc. |
| 21 | August 23, 2007 | **Direct, LLC** | Illinois LLC | Debtor | Primary | Discount Inn, Inc. |
| 22 | August 23, 2007 | **Distinctive, LLC** | Illinois LLC | Debtor | Primary | Discount Inn, Inc. |
| 23 | August 23, 2007 | **Dorchester, LLC** | Illinois LLC | Debtor | Primary | Discount Inn, Inc. |
| 24 | August 23, 2007 | **Dover I, LLC** | Illinois LLC | Debtor | Primary | Discount Inn, Inc. |
| 25 | August 23, 2007 | **Dulce, LLC** | Illinois LLC | Defendant | Primary | Discount Inn, Inc. |
| 26 | September 12, 2007 | **Daisyland, LLC** | Illinois LLC | Debtor | Primary | Discount Inn, Inc. |
| 27 | November 26, 2007 | **Regal, LLC** | Illinois LLC | Debtor | Primary | Random Corp. |
| 28 | January 3, 2008 | **Common I, LLC** | Illinois LLC | Defendant | Primary | Comma Corp. |
| 29 | January 3, 2008 | **Real Soil, LLC** | Illinois LLC | Debtor | Primary | Random Corp. |
| 30 | January 3, 2008 | **Real Taxes, LLC** | Illinois LLC | Debtor | Primary | Random Corp. |
| 31 | January 3, 2008 | **Super I, LLC** | Illinois LLC | Debtor | Primary | SNS General Corp. |
| 32 | February 6, 2008 | **Simple Solo, LLC** | Illinois LLC | Defendant | Primary | Solo Land Corp. |
| 33 | February 6, 2008 | **Victorious, LLC** | Illinois LLC | Defendant | Primary | Vincennes Corp. |
| 34 | February 6, 2008 | **Vital, LLC** | Illinois LLC | Debtor | Primary | Vincennes Corp. |
| 35 | February 6, 2008 | **Vivid, LLC** | Illinois LLC | Debtor | Primary | Vincennes Corp. |
| 36 | September 2, 2010 | **4311 West Palmer, Inc.** | Illinois corporation | Defendant | Affiliate | Wilson & Dass |
| 37 | August 1, 2013 | **Rovo, LLC** | Illinois LLC | Defendant | Primary | Random Corp. |
| 38 | February 18, 2020 | **Tax Property Investment Fund, LLC** | Delaware LLC | Defendant | Children | Nicole Wilson & Matthew Wilson |
| 39 | March 23, 2022 | **NSW Assets, LLC** | Illinois LLC | Defendant | Children | Nicole S. Wilson |
| 40 | March 23, 2022 | **NSW Properties, LLC** | Illinois LLC | Defendant | Children | Nicole S. Wilson |
| 41 | September 13, 2023 | **FCOC, LLC** | South Dakota LLC | Defendant | SD Manager | Wilson & Dass |
| 42 | September 13, 2023 | **NRH, LLC** | South Dakota LLC | Defendant | SD Manager | Wilson & Dass |
| 43 | September 22, 2023 | **MGIL, LLC** | South Dakota LLC | Debtor | Secondary | S.T.E.P.A., Inc. |
| 44 | September 22, 2023 | **STTA, LLC** | South Dakota LLC | Debtor | Secondary | B.A.S.S. & M., Inc. |
| 45 | October 7, 2024 | **10635 S Wentworth LLC** | South Dakota LLC | Defendant | Children | Matthew Wilson |
| | October 16, 2024 | **Petition Date** | | | | |
| 46 | February 24, 2025 | **Beam of Canaan, LLC** | Delaware LLC | Defendant | Affiliate | Pulse Path, LLC |
| 47 | March 13, 2025 | **Pulse Path, LLC** | Delaware LLC | Defendant | Affiliate | Wilson & Dass |
| 48 | April 15, 2025 | **Trust 9002348628** | Illinois land trust | Defendant (tr | Litigation Trust | Wilson & Dass |
| 49 | April 6, 2026 | **Trust 9002350979** | Illinois land trust | Defendant (tr | Litigation Trust | Wilson & Dass |
| 50 | April 6, 2026 | **Trust 9002350981** | Illinois land trust | Defendant (tr | Litigation Trust | Wilson & Dass |
| 51 | April 6, 2026 | **Trust 9002351104** | Illinois land trust | Defendant (tr | Litigation Trust | Wilson & Dass |
| 52 | April 6, 2026 | **Trust 9002351106** | Illinois land trust | Defendant (tr | Litigation Trust | Wilson & Dass |