# Formation Chronology of the Wilson–Dass Enterprise

*Fifty-two entities formed on twenty-eight dates between 1992 and 2026, placed to scale on the timeline of each period*

Primary Entity · Secondary Entity · Affiliate Entity · Children Entity · SD Manager Entity · Litigation-Timed Trust · Debtor — one of the 21 jointly administered estates

## 1991 – 2007

Enterprise Creation. The founding corporations. Every entity formed in this period is a parent corporation. None is a subsidiary.




## 2007 – 2023

Sorting the Enterprise Entities to Shield. Each parent quit-claimed its least valuable, most liability-laden properties into newly formed subsidiary LLCs, without consideration.




## 2023 – present

Concealing Control, and Postpetition Activity. Formed as the City's enforcement intensified and after the Petition Date. Only STTA and MGIL were placed into bankruptcy.




*Each band is drawn to its own scale. Cards sit at their true formation dates; where dates fall too close to separate, the entities share a column and a leader line marks the exact position on the axis.*