Message

**From:** Suzie B. Wilson [sbw1987@aol.com]
**Sent:** 11/4/2024 7:51:00 PM
**To:** Swedlana Dass [sdass0628@aol.com]; Keller, Penny [penny.keller@huschblackwell.com]; Brandess, Michael [michael.brandess@huschblackwell.com]
**CC:** Butler, Lynn [lynn.butler@huschblackwell.com]; Douglas Belofsky [douglas@belofsky.com]
**Subject:** Re: Cook County Appraisal Reports for the properties
**Attachments:** 10-8-2024 Copy of Streets & Sanitation - Current - Column A - Docket Order.xlsx; Document_11042024194314445_0001.pdf

[EXTERNAL EMAIL]

Michael,

I am attaching the spreadsheet for Streets and Sanitation. I pick up tickets from two PO boxes and Douglas Belofsky.

I put the tickets on the spreadsheet. I send it to Ishtar. Occasionally I would send it to Erin Wright when she asked for it.

I have many tickets that need to be put in. The last two days I picked up many default notices. Not sure why they were defaulted. Once I put them on spread sheet I can figure it out.

Also, yesterday and today I received about 7 tickets with debtors and non debtors names on it. This has not happened since the beginning of 2024. Except for a few here and there.

Last year, when we received tickets with the owner LLC cited and additionally, Lana, Suzie and Discount (Sole member) name on them. We figured out the reason was that we have all our LLC's in Illinois. Not a good State for law. So Doug Belofsky, our Corporate attorney created South Dakota Managers for the LLC's. Once he did this, the tickets started coming only in the entity name that owns the property. Only occasionally, tickets came with entity name, my name, Lana and Discount (The Sole Member) name.

The last few days, they started sending tickets with my name, or Lana and entity that owns it name, even though they do not have a reason for sighting non owners on the tickets. Example attached.

FYI according to the City, they do not have to place fences on the property, everyone else does.

Thank you very much,

*Suzie Wilson*

Suzie B. Wilson
Ph. 312-513-2348

**For whoever exalts himself will be humbled, and he who humbles himself will be exalted.** ***Luke 14:11***

***The Bible is not Antique or Modern it is Eternal.***

**There are earthly blessings we need and want. And God is the Great Dispenser of those according to His will. But there are things better and higher than material blessings. God wants us to have those better things that last.**