Message

---

**From:** Suzie B. Wilson [sbw1987@aol.com]
**Sent:** 2/2/2025 11:12:08 AM
**To:** Brian Ayers [BAyers@rockcreekfa.com]; Brandess, Michael [michael.brandess@huschblackwell.com]; SWEDLANA DASS [sdass0628@aol.com]
**CC:** Greenawald, Lindsey [lindsey.greenawald@huschblackwell.com]; Zavala, Tom [tom.zavala@huschblackwell.com]; Butler, Lynn [lynn.butler@huschblackwell.com]; Richard Saldinger [saldinger@lsclegal.com]; Erin Wright [wright@lsclegal.com]; Jim Gansman [jgansman@rockcreekfa.com]
**Subject:** Re: BASS&M - City's Motion re: Tickets

[EXTERNAL EMAIL]

We cannot be sleeping on the wheel with this

We have 500 tickets where they plan to drop the debtor and keep the non debtors

This is jeopardizing the debtor and non debtor assets. There is no negotiation. Between $500,000 and 8 million is nothing but a time consuming, money wasting tactic.

I have negotiated all my life, I have never seen such ridiculous offers and negotiations. This is not negotiation, this is corruption and extortion.

Lana and I are the debtors, we do not authorize this carelessness. We want to have the judge decide on the injunction which is our right once we filed bankruptcy. Now to negotiate it is insane. The law is on our side, why are you all, at my family's cost playing this charade.

I am supposed to be concentrating to selling the properties and bringing buyers. I cannot concentrate this because the people I hired seemed not to want the bankruptcy relief for me. Stop this chaos!!!!

Sent from the all new AOL app for iOS

On Sunday, February 2, 2025, 10:47 AM, Brian Ayers <BAyers@rockcreekfa.com> wrote:

Let's have a call tomorrow to discuss.

I understand the confusion and the frustration with the process. Filing the complaint before we have exhausted the process of a potential settlement with the city will be counterproductive and I am concerned it would cause the city to dig their heels even deeper.

For suzie and lana – in addition to avoiding the City and/or the US trustee moving to appoint a Chapter 11 trustee (a scenario which would have caused us to lose all control), one of the reasons we decided to appoint a CRO was to use me as an unbiased intermediary between the debtors and the city. We received the City's counter proposal late Thursday, it was my determination that it was worth the time and money to delay things by another a week to come to a final determination on whether a settlement can be reached in good faith, in the long run, it will give us a clear direction and ultimately reduce costs of fighting with the city with respect to the debtors. Indeed, if we cannot reach aggregable terms with the city, the complaint will be filed Thursday.