| Transaction Date | Amount | Debtor Transferor | Transferee |
|---|---|---|---|
| 9/23/2024 | $ 1,000.00 | Regal (tenant) | Wilson Dass |
| 7/10/2024 | $ 1,000.00 | Dover I (tenant) | Wilson Dass |
| 6/10/2024 | $ 1,000.00 | Dover I (tenant) | Wilson Dass |
| 6/3/2024 | $ 450.00 | Daisyland (tenant) | Wilson Dass |
| 6/2/2024 | $ 350.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 6/2/2024 | $ 225.00 | B.A.S.S. & M./ Dover I (tenant) | Wilson Dass |
| 6/2/2024 | $ 1,500.00 | Regal (tenant) | Wilson Dass |
| 6/1/2024 | $ 500.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 6/1/2024 | $ 1,453.80 | Daisyland (tenant) | Wilson Dass |
| 5/15/2024 | $ 20,000.00 | Regal x0179 | Dass |
| 5/15/2024 | $ 1,500.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 5/10/2024 | $ 2,500.00 | Darcy x3284 | Discount Inn |
| 5/6/2024 | $ 500.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 5/6/2024 | $ 1,453.80 | Daisyland (tenant) | Wilson Dass |
| 5/1/2024 | $ 450.00 | Daisyland (tenant) | Wilson Dass |
| 5/1/2024 | $ 1,500.00 | Regal (tenant) | Wilson Dass |
| 4/24/2024 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 4/17/2024 | $ 1,500.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 4/4/2024 | $ 500.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 4/4/2024 | $ 1,453.80 | Daisyland (tenant) | Wilson Dass |
| 4/2/2024 | $ 1,500.00 | Regal (tenant) | Wilson Dass |
| 4/2/2024 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 3/25/2024 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 3/20/2024 | $ 1,500.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 3/6/2024 | $ 500.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 3/6/2024 | $ 1,453.80 | Daisyland (tenant) | Wilson Dass |
| 3/4/2024 | $ 1,500.00 | Regal (tenant) | Wilson Dass |
| 3/1/2024 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 2/28/2024 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 2/24/2024 | $ 1,500.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 2/23/2024 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 2/9/2024 | $ 2,100.00 | Dover I x7170 | Dass |
| 2/9/2024 | $ 1,100.00 | Super I x4741 | Dass |
| 2/9/2024 | $ 700.00 | Regal x0179 | Dass |
| 2/9/2024 | $ 500.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 2/9/2024 | $ 1,453.80 | Daisyland (tenant) | Wilson Dass |
| 2/8/2024 | $ 1,300.00 | Darcy x3284 | Dass |
| 2/2/2024 | $ 1,500.00 | Regal (tenant) | Wilson Dass |
| 1/25/2024 | $ 1,500.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 1/24/2024 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 1/22/2024 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 1/10/2024 | $ 1,200.00 | Darcy x3284 | Discount Inn |
| 1/9/2024 | $ 3,100.00 | Dover I x7170 | Dass |
| 1/9/2024 | $ 1,400.00 | B.A.S.S. & M. x3450 | Dass |
| 1/8/2024 | $ 500.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 1/5/2024 | $ 1,453.80 | Daisyland (tenant) | Wilson Dass |
| 1/2/2024 | $ 1,500.00 | Regal (tenant) | Wilson Dass |

| | | | |
|---|---|---|---|
| 12/28/2023 | $ 4,600.00 | Dover I x7170 | Discount Inn |
| 12/28/2023 | $ 4,400.00 | Regal x0179 | Dass |
| 12/28/2023 | $ 700.00 | Super I x4741 | SNS General |
| 12/28/2023 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 12/20/2023 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 12/20/2023 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 12/18/2023 | $ 1,700.00 | Super I x4741 | SNS General |
| 12/18/2023 | $ 600.00 | Dover I x7170 | Discount Inn |
| 12/17/2023 | $ 1,900.00 | Darcy x3284 | Discount Inn |
| 12/4/2023 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 12/4/2023 | $ 1,453.80 | Daisyland (tenant) | Wilson Dass |
| 12/4/2023 | $ 1,500.00 | Regal (tenant) | Wilson Dass |
| 11/28/2023 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 11/17/2023 | $ 4,900.00 | Dagny x7286 | Discount Inn |
| 11/17/2023 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 11/9/2023 | $ 1,700.00 | Dover I x7170 | Discount Inn |
| 11/8/2023 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 11/7/2023 | $ 1,000.00 | Darcy x3284 | Discount Inn |
| 11/7/2023 | $ 600.00 | Dover I x7170 | Discount Inn |
| 11/7/2023 | $ 1,453.80 | Daisyland (tenant) | Wilson Dass |
| 11/2/2023 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 11/2/2023 | $ 1,500.00 | Regal (tenant) | Wilson Dass |
| 10/30/2023 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 10/27/2023 | $ 1,100.00 | Super I x4741 | SNS General |
| 10/20/2023 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 10/18/2023 | $ 2,800.00 | Regal x0179 | Random |
| 10/17/2023 | $ 2,500.00 | Dover I x7170 | Discount Inn |
| 10/17/2023 | $ 650.00 | Darcy x3284 | Discount Inn |
| 10/13/2023 | $ 1,200.00 | Super I x4741 | SNS General |
| 10/6/2023 | $ 2,900.00 | Dover I x7170 | Discount Inn |
| 10/6/2023 | $ 2,000.00 | Darcy x3284 | Discount Inn |
| 10/6/2023 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 10/6/2023 | $ 1,453.80 | Daisyland (tenant) | Wilson Dass |
| 10/2/2023 | $ 1,500.00 | Regal (tenant) | Wilson Dass |
| 9/28/2023 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 9/20/2023 | $ 550.00 | Darcy x3284 | Rovo |
| 9/20/2023 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 9/12/2023 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 9/6/2023 | $ 1,453.08 | Daisyland (tenant) | Wilson Dass |
| 9/5/2023 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 9/5/2023 | $ 1,500.00 | Regal (tenant) | Wilson Dass |
| 9/5/2023 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 8/31/2023 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 8/29/2023 | $ 34,300.00 | Dagny x7286 | Discount Inn |
| 8/28/2023 | $ 5,400.00 | Distinctive x7227 | Discount Inn |
| 8/28/2023 | $ 2,400.00 | Super I x4741 | Discount Inn |
| 8/28/2023 | $ 1,200.00 | Darcy x3284 | Discount Inn |
| 8/28/2023 | $ 800.00 | Dover I x7170 | Discount Inn |

| | | | | |
|---|---|---|---|---|
| 8/10/2023 | $ | 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 8/2/2023 | $ | 1,453.08 | Daisyland (tenant) | Wilson Dass |
| 8/1/2023 | $ | 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 8/1/2023 | $ | 1,500.00 | Regal (tenant) | Wilson Dass |
| 7/26/2023 | $ | 500.00 | Super I (tenant) | Wilson Dass |
| 7/19/2023 | $ | 700.00 | Dagny (tenant) | Wilson Dass |
| 7/14/2023 | $ | 5,600.00 | Regal x0179 | Random |
| 7/13/2023 | $ | 2,200.00 | Darcy x3284 | Discount Inn |
| 7/13/2023 | $ | 1,650.00 | Dover I x7170 | Discount Inn |
| 7/7/2023 | $ | 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 7/3/2023 | $ | 3,000.00 | Regal (tenant) | Wilson Dass |
| 6/30/2023 | $ | 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 6/30/2023 | $ | 1,453.08 | Daisyland (tenant) | Wilson Dass |
| 6/29/2023 | $ | 500.00 | Super I (tenant) | Wilson Dass |
| 6/16/2023 | $ | 5,900.00 | Super I x4741 | SNS General |
| 6/10/2023 | $ | 50.00 | Distinctive x7227 | Discount Inn |
| 6/8/2023 | $ | 3,100.00 | Regal x0179 | Random |
| 6/8/2023 | $ | 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 6/7/2023 | $ | 3,500.00 | Darcy x3284 | Discount Inn |
| 6/7/2023 | $ | 500.00 | Super I (tenant) | Wilson Dass |
| 6/5/2023 | $ | 850.00 | Regal (tenant) | Wilson Dass |
| 6/2/2023 | $ | 700.00 | Dagny (tenant) | Wilson Dass |
| 6/2/2023 | $ | 1,453.08 | Daisyland (tenant) | Wilson Dass |
| 6/1/2023 | $ | 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 5/19/2023 | $ | 4,000.00 | Dover I x7170 | Discount Inn |
| 5/19/2023 | $ | 900.00 | Darcy x3284 | Discount Inn |
| 5/15/2023 | $ | 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 5/4/2023 | $ | 850.00 | Regal (tenant) | Wilson Dass |
| 5/3/2023 | $ | 500.00 | Super I (tenant) | Wilson Dass |
| 5/2/2023 | $ | 25,000.00 | Daisyland x0160 | Discount Inn |
| 5/1/2023 | $ | 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 5/1/2023 | $ | 550.00 | Daisyland (tenant) | Wilson Dass |
| 4/25/2023 | $ | 700.00 | Dagny (tenant) | Wilson Dass |
| 4/12/2023 | $ | 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 4/3/2023 | $ | 850.00 | Regal (tenant) | Wilson Dass |
| 3/27/2023 | $ | 350.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 3/27/2023 | $ | 350.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 3/27/2023 | $ | 550.00 | Daisyland (tenant) | Wilson Dass |
| 3/24/2023 | $ | 800.00 | Dover I x7170 | Discount Inn |
| 3/24/2023 | $ | 700.00 | Debrox x7197 | Discount Inn |
| 3/24/2023 | $ | 500.00 | Super I (tenant) | Wilson Dass |
| 3/8/2023 | $ | 21,000.00 | Dover I x7170 | Discount Inn |
| 3/8/2023 | $ | 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 3/6/2023 | $ | 850.00 | Regal (tenant) | Wilson Dass |
| 2/28/2023 | $ | 700.00 | Dagny (tenant) | Wilson Dass |
| 2/23/2023 | $ | 500.00 | Super I (tenant) | Wilson Dass |
| 2/21/2023 | $ | 350.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 2/21/2023 | $ | 350.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |

| | | | |
|---|---|---|---|
| 2/21/2023 | $ 550.00 | Daisyland (tenant) | Wilson Dass |
| 2/10/2023 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 2/3/2023 | $ 850.00 | Regal (tenant) | Wilson Dass |
| 1/30/2023 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 1/16/2023 | $ 350.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 1/16/2023 | $ 350.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 1/16/2023 | $ 550.00 | Daisyland (tenant) | Wilson Dass |
| 1/11/2023 | $ 1,200.00 | B.A.S.S. & M. x2608 | Random |
| 1/10/2023 | $ 2,000.00 | Debrox x7197 | Discount Inn |
| 1/9/2023 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 1/5/2023 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 1/5/2023 | $ 850.00 | Regal (tenant) | Wilson Dass |
| 12/30/2022 | $ 13,000.00 | Distinctive x7227 | Discount Inn |
| 12/30/2022 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 12/27/2022 | $ 857.22 | Dover I x7170 | Dass |
| 12/27/2022 | $ 200.00 | B.A.S.S. & M. x2608 | Dass |
| 12/22/2022 | $ 7,500.00 | Super I x4741 | SNS General |
| 12/19/2022 | $ 350.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 12/19/2022 | $ 350.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 12/19/2022 | $ 550.00 | Daisyland (tenant) | Wilson Dass |
| 12/14/2022 | $ 6,400.00 | Dagny x7286 | Discount Inn |
| 12/13/2022 | $ 1.00 | Dagny x7286 | Discount Inn |
| 12/7/2022 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 12/5/2022 | $ 850.00 | Regal (tenant) | Wilson Dass |
| 11/30/2022 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 11/30/2022 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 11/21/2022 | $ 350.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 11/21/2022 | $ 350.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 11/21/2022 | $ 550.00 | Daisyland (tenant) | Wilson Dass |
| 11/7/2022 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 11/7/2022 | $ 850.00 | Regal (tenant) | Wilson Dass |
| 10/31/2022 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 10/28/2022 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 10/25/2022 | $ 350.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 10/25/2022 | $ 350.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 10/25/2022 | $ 550.00 | Daisyland (tenant) | Wilson Dass |
| 10/17/2022 | $ 19,700.00 | Real Soil x4717 | Dass |
| 10/17/2022 | $ 1,200.00 | Dover I x7170 | Discount Inn |
| 10/17/2022 | $ 1,100.00 | Debrox x7197 | Discount Inn |
| 10/11/2022 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 10/4/2022 | $ 850.00 | Regal (tenant) | Wilson Dass |
| 10/3/2022 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 10/1/2022 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 9/22/2022 | $ 830.00 | Darcy x3284 | Discount Inn |
| 9/21/2022 | $ 350.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 9/21/2022 | $ 350.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 9/21/2022 | $ 550.00 | Daisyland (tenant) | Wilson Dass |
| 9/16/2022 | $ 500.00 | Super I (tenant) | Wilson Dass |

| | | | |
|---|---|---|---|
| 9/13/2022 | $ 20,000.00 | Dover I x7170 | Discount Inn |
| 9/9/2022 | $ 20,000.00 | Dover I x7170 | Discount Inn |
| 9/9/2022 | $ 10,000.00 | Dover I x7170 | Vincennes |
| 9/9/2022 | $ 1,100.00 | Regal x0179 | Random |
| 9/9/2022 | $ 1,100.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 9/8/2022 | $ 3,700.00 | Distinctive x7227 | Discount Inn |
| 9/8/2022 | $ 1,300.00 | Super I x4741 | SNS General |
| 9/7/2022 | $ 850.00 | Darcy x3284 | Discount Inn |
| 9/6/2022 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 9/6/2022 | $ 850.00 | Regal (tenant) | Wilson Dass |
| 8/22/2022 | $ 500.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 8/22/2022 | $ 550.00 | Daisyland (tenant) | Wilson Dass |
| 8/10/2022 | $ 1,600.00 | Dover I x7170 | Discount Inn |
| 8/8/2022 | $ 1,500.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 8/8/2022 | $ 850.00 | Regal (tenant) | Wilson Dass |
| 8/8/2022 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 8/2/2022 | $ 1,400.00 | Darcy x3284 | Discount Inn |
| 7/29/2022 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 7/18/2022 | $ 500.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 7/12/2022 | $ 1,500.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 7/11/2022 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 7/8/2022 | $ 550.00 | Daisyland (tenant) | Wilson Dass |
| 7/7/2022 | $ 850.00 | Regal (tenant) | Wilson Dass |
| 6/29/2022 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 6/27/2022 | $ 9,900.00 | Dagny x7286 | Discount Inn |
| 6/21/2022 | $ 1,300.00 | Super I x4741 | SNS General |
| 6/21/2022 | $ 500.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 6/21/2022 | $ 550.00 | Daisyland (tenant) | Wilson Dass |
| 6/13/2022 | $ 800.00 | Darcy x3284 | Discount Inn |
| 6/8/2022 | $ 1,100.00 | Regal x0179 | Random |
| 6/7/2022 | $ 1,200.00 | Dover I x7170 | Discount Inn |
| 6/6/2022 | $ 1,500.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 6/6/2022 | $ 850.00 | Regal (tenant) | Wilson Dass |
| 5/31/2022 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 5/31/2022 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 5/23/2022 | $ 500.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 5/23/2022 | $ 550.00 | Daisyland (tenant) | Wilson Dass |
| 5/6/2022 | $ 1,500.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 5/5/2022 | $ 850.00 | Regal (tenant) | Wilson Dass |
| 5/3/2022 | $ 830.00 | Darcy x3284 | Discount Inn |
| 5/2/2022 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 4/29/2022 | $ 49,600.00 | Super I x4741 | SNS General |
| 4/26/2022 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 4/25/2022 | $ 500.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 4/25/2022 | $ 550.00 | Daisyland (tenant) | Wilson Dass |
| 4/7/2022 | $ 4,500.00 | Dover I x7170 | Discount Inn |
| 4/7/2022 | $ 850.00 | Regal (tenant) | Wilson Dass |
| 4/6/2022 | $ 1,500.00 | B.A.S.S. & M. (tenant) | Wilson Dass |

| | | | |
|---|---|---|---|
| 3/29/2022 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 3/28/2022 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 3/24/2022 | $ 13,300.00 | Dover I x7170 | Discount Inn |
| 3/23/2022 | $ 500.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 3/23/2022 | $ 550.00 | Daisyland (tenant) | Wilson Dass |
| 3/14/2022 | $ 1,500.00 | Regal x0179 | Random |
| 3/11/2022 | $ 900.00 | Super I x4741 | SNS General |
| 3/10/2022 | $ 600.00 | Dover I x7170 | Discount Inn |
| 3/10/2022 | $ 1,500.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 3/7/2022 | $ 850.00 | Regal (tenant) | Wilson Dass |
| 3/4/2022 | $ 51,200.00 | Dover I x7170 | Dass |
| 3/4/2022 | $ 25,000.00 | Real Soil x4717 | Dass |
| 3/1/2022 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 2/24/2022 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 2/23/2022 | $ 500.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 2/23/2022 | $ 550.00 | Daisyland (tenant) | Wilson Dass |
| 2/14/2022 | $ 1,500.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 2/7/2022 | $ 1,500.00 | Super I x4741 | SNS General |
| 2/4/2022 | $ 850.00 | Regal (tenant) | Wilson Dass |
| 2/3/2022 | $ 1,600.00 | Darcy x3284 | Discount Inn |
| 1/28/2022 | $ 700.00 | Dagny (tenant) | Wilson Dass |
| 1/22/2022 | $ 550.00 | Daisyland (tenant) | Wilson Dass |
| 1/21/2022 | $ 500.00 | B.A.S.S. & M. / Regal (tenant) | Wilson Dass |
| 1/21/2022 | $ 500.00 | Super I (tenant) | Wilson Dass |
| 1/17/2022 | $ 1,500.00 | B.A.S.S. & M. (tenant) | Wilson Dass |
| 1/12/2022 | $ 1,100.00 | Dover I x7170 | Discount Inn |
| 1/10/2022 | $ 850.00 | Regal (tenant) | Wilson Dass |
| 1/4/2022 | $ 850.00 | Darcy x3284 | Discount Inn |
| 11/4/2021 | $ 1,000.00 | Regal x0179 | Random |
| 11/3/2021 | $ 850.00 | Darcy x3284 | Discount Inn |
| 10/12/2021 | $ 1,150.00 | Dover I x7170 | Discount Inn |
| 10/4/2021 | $ 1,600.00 | Darcy x3284 | Discount Inn |
| 9/22/2021 | $ 950.00 | Super I x4741 | SNS General |
| 9/10/2021 | $ 850.00 | Distinctive x7227 | Discount Inn |
| 9/1/2021 | $ 25,000.00 | Real Soil x4717 | Dass |
| 8/31/2021 | $ 50,000.00 | Dover I x7170 | Discount Inn |
| 8/20/2021 | $ 1,250.00 | Dagny x7286 | Discount Inn |
| 8/17/2021 | $ 1,280.00 | Dover I x7170 | Discount Inn |
| 8/3/2021 | $ 900.00 | Super I x4741 | SNS General |
| 7/16/2021 | $ 1,300.00 | Dover I x7170 | Discount Inn |
| 7/14/2021 | $ 850.00 | Darcy x3284 | Discount Inn |
| 7/7/2021 | $ 400.00 | Regal x0179 | Random |
| 6/24/2021 | $ 500.00 | Super I x4741 | SNS General |
| 6/15/2021 | $ 1,300.00 | Dover I x7170 | Discount Inn |
| 6/14/2021 | $ 1,400.00 | Regal x0179 | Random |
| 6/8/2021 | $ 830.00 | Darcy x3284 | Discount Inn |
| 5/14/2021 | $ 2,000.00 | Dover I x7170 | Discount Inn |
| 4/29/2021 | $ 900.00 | Darcy x3284 | Discount Inn |

| | | | |
|---|---|---|---|
| 4/29/2021 | $ 830.00 | Darcy x3284 | Discount Inn |
| 4/26/2021 | $ 2,300.00 | Dover I x7170 | Discount Inn |
| 4/14/2021 | $ 600.00 | Super I x4741 | SNS General |
| 4/4/2021 | $ 1,350.00 | Darcy x3284 | Discount Inn |
| 3/16/2021 | $ 700.00 | Distinctive x7227 | Discount Inn |
| 3/11/2021 | $ 700.00 | Regal x0179 | Random |
| 3/10/2021 | $ 3,100.00 | Dover I x7170 | Discount Inn |
| 3/4/2021 | $ 800.00 | Darcy x3284 | Discount Inn |
| 2/16/2021 | $ 1,050.00 | Dover I x7170 | Discount Inn |
| 2/16/2021 | $ 450.00 | Super I x4741 | SNS General |
| 2/4/2021 | $ 800.00 | Darcy x3284 | Discount Inn |
| 1/15/2021 | $ 1,100.00 | Dover I x7170 | Discount Inn |
| 1/9/2021 | $ 700.00 | Darcy x3284 | Discount Inn |
| 1/7/2021 | $ 1,000.00 | Super I x4741 | SNS General |
| 12/31/2020 | $ 830.00 | Darcy x3284 | Discount Inn |
| 12/22/2020 | $ 1,100.00 | Regal x0179 | Random |
| 12/18/2020 | $ 550.00 | Dover I x7170 | Discount Inn |
| 12/14/2020 | $ 500.00 | Dover I x7170 | Discount Inn |
| 12/4/2020 | $ 850.00 | Darcy x3284 | Discount Inn |
| 11/12/2020 | $ 2,300.00 | Dover I x7170 | Discount Inn |
| 11/12/2020 | $ 700.00 | Regal x0179 | Random |
| 11/5/2020 | $ 800.00 | Darcy x3284 | Discount Inn |
| 10/8/2020 | $ 800.00 | Darcy x3284 | Discount Inn |
| 9/17/2020 | $ 1,100.00 | Dover I x7170 | Discount Inn |
| 9/15/2020 | $ 800.00 | Darcy x3284 | Discount Inn |
| 9/9/2020 | $ 900.00 | Super I x4741 | SNS General |
| 8/26/2020 | $ 950.00 | Dover I x7170 | Discount Inn |
| 8/26/2020 | $ 600.00 | Distinctive x7227 | Discount Inn |
| 8/10/2020 | $ 800.00 | Darcy x3284 | Discount Inn |
| 8/7/2020 | $ 400.00 | Super I x4741 | SNS General |
| 8/4/2020 | $ 950.00 | Regal x0179 | Random |
| 8/3/2020 | $ 700.00 | Dagny x7286 | Discount Inn |
| 7/17/2020 | $ 1,100.00 | Dover I x7170 | Discount Inn |
| 7/8/2020 | $ 1,400.00 | Regal x0179 | Random |
| 7/7/2020 | $ 800.00 | Darcy x3284 | Discount Inn |
| 7/2/2020 | $ 38,200.00 | Real Soil x4717 | Dass |
| 6/25/2020 | $ 500.00 | Regal x0179 | Random |
| 6/19/2020 | $ 900.00 | Regal x0179 | Random |
| 6/18/2020 | $ 700.00 | Dagny x7286 | Discount Inn |
| 6/18/2020 | $ 600.00 | Dover I x7170 | Discount Inn |
| 6/18/2020 | $ 400.00 | Daisyland x0160 | Discount Inn |
| 6/15/2020 | $ 850.00 | Darcy x3284 | Discount Inn |
| 6/11/2020 | $ 5,300.00 | Real Soil x4717 | Random |
| 6/11/2020 | $ 1,800.00 | Distinctive x7227 | Discount Inn |
| 6/11/2020 | $ 500.00 | Dover I x7170 | Discount Inn |
| 6/2/2020 | $ 1,100.00 | Regal x0179 | Random |
| 5/27/2020 | $ 600.00 | Regal x0179 | Random |
| 5/20/2020 | $ 1,400.00 | Dagny x7286 | Discount Inn |

| | | | | |
|---|---|---|---|---|
| 5/20/2020 | $ | 600.00 | Dover I x7170 | Discount Inn |
| 5/20/2020 | $ | 350.00 | Daisyland x0160 | Discount Inn |
| 5/12/2020 | $ | 400.00 | Super I x4741 | SNS General |
| 5/11/2020 | $ | 550.00 | Dover I x7170 | Discount Inn |
| 5/5/2020 | $ | 800.00 | Darcy x3284 | Discount Inn |
| 4/29/2020 | $ | 51,900.00 | Regal x0179 | Dass |
| 4/16/2020 | $ | 2,500.00 | Regal x0179 | Random |
| 4/15/2020 | $ | 1,000.00 | Dover I x7170 | Discount Inn |
| 4/15/2020 | $ | 400.00 | Daisyland x0160 | Discount Inn |
| 3/23/2020 | $ | 1,450.00 | Regal x0179 | Random |
| 3/20/2020 | $ | 650.00 | Debrox x7197 | Discount Inn |
| 3/20/2020 | $ | 500.00 | B.A.S.S. & M. x2608 | Dass |
| 3/17/2020 | $ | 500.00 | Regal x0179 | Random |
| 3/16/2020 | $ | 129,500.00 | Regal x0179 | Dass |
| 3/16/2020 | $ | 400.00 | Daisyland x0160 | Discount Inn |
| 3/15/2020 | $ | 800.00 | Darcy x3284 | Discount Inn |
| 3/13/2020 | $ | 500.00 | Dover I x7170 | Discount Inn |
| 3/12/2020 | $ | 500.00 | Regal x0179 | Random |
| 3/12/2020 | $ | 500.00 | Super I x4741 | SNS General |
| 3/4/2020 | $ | 1,000.00 | Regal x0179 | Random |
| 3/2/2020 | $ | 500.00 | Darcy x3284 | Discount Inn |
| 2/24/2020 | $ | 1,000.00 | Regal x0179 | Random |
| 2/21/2020 | $ | 400.00 | Daisyland x0160 | Discount Inn |
| 2/18/2020 | $ | 800.00 | Darcy x3284 | Discount Inn |
| 2/12/2020 | $ | 600.00 | Super I x4741 | SNS General |
| 2/11/2020 | $ | 1,100.00 | Dover I x7170 | Discount Inn |
| 2/5/2020 | $ | 1,850.00 | Regal x0179 | Random |
| 1/21/2020 | $ | 350.00 | Daisyland x0160 | Discount Inn |
| 1/17/2020 | $ | 1,600.00 | Dover I x7170 | Discount Inn |
| 1/13/2020 | $ | 700.00 | Regal x0179 | Random |
| 1/6/2020 | $ | 1,100.00 | Super I x4741 | SNS General |
| 12/20/2019 | $ | 2,500.00 | B.A.S.S. & M. x2608 | Ashoor |
| 12/16/2019 | $ | 800.00 | Darcy x3284 | Discount Inn |
| 12/13/2019 | $ | 2,500.00 | B.A.S.S. & M. x2608 | Dass |
| 12/13/2019 | $ | 1,100.00 | Dover I x7170 | Discount Inn |
| 12/13/2019 | $ | 400.00 | Daisyland x0160 | Discount Inn |
| 12/12/2019 | $ | 2,500.00 | B.A.S.S. & M. x2608 | Wilson |
| 12/12/2019 | $ | 2,500.00 | B.A.S.S. & M. x2608 | Wilson |
| 12/5/2019 | $ | 1,600.00 | Regal x0179 | Random |
| 12/4/2019 | $ | 600.00 | Dagny x7286 | Discount Inn |
| 11/25/2019 | $ | 600.00 | Regal x0179 | Random |
| 11/22/2019 | $ | 400.00 | Daisyland x0160 | Discount Inn |
| 11/14/2019 | $ | 1,000.00 | Regal x0179 | Random |
| 11/14/2019 | $ | 850.00 | Darcy x3284 | Discount Inn |
| 11/14/2019 | $ | 400.00 | Super I x4741 | SNS General |
| 11/13/2019 | $ | 1,100.00 | Dover I x7170 | Discount Inn |
| 11/4/2019 | $ | 1,000.00 | Regal x0179 | Random |
| 10/25/2019 | $ | 1,000.00 | Dover I x7170 | Discount Inn |

| | | | |
|---|---|---|---|
| 10/17/2019 | $ 800.00 | Darcy x3284 | Discount Inn |
| 10/16/2019 | $ 850.00 | Daisyland x0160 | Discount Inn |
| 10/15/2019 | $ 1,000.00 | Dover I x7170 | Discount Inn |
| 10/15/2019 | $ 800.00 | Darcy x3284 | Discount Inn |
| 10/4/2019 | $ 1,600.00 | Super I x4741 | SNS General |
| 10/1/2019 | $ 34,000.00 | Vivid x4652 | Vincennes |
| 10/1/2019 | $ 1,100.00 | Regal x0179 | Random |
| 9/16/2019 | $ 900.00 | Regal x0179 | Dass |
| 9/16/2019 | $ 600.00 | Dover I x7170 | Dass |
| 9/11/2019 | $ 1,000.00 | Dover I x7170 | Discount Inn |
| 9/11/2019 | $ 450.00 | Regal x0179 | Random |
| 9/5/2019 | $ 2,000.00 | Distinctive x7227 | Discount Inn |
| 8/27/2019 | $ 1,000.00 | Regal x0179 | Random |
| 8/15/2019 | $ 850.00 | Darcy x3284 | Discount Inn |
| 8/8/2019 | $ 1,650.00 | Dover I x7170 | Discount Inn |
| 8/8/2019 | $ 450.00 | Dover I x7170 | Discount Inn |
| 8/5/2019 | $ 630.00 | Dagny x7286 | Discount Inn |
| 7/31/2019 | $ 900.00 | Darcy x3284 | Discount Inn |
| 7/30/2019 | $ 42,200.00 | Regal x0179 | Random |
| 7/22/2019 | $ 600.00 | Regal x0179 | Random |
| 7/19/2019 | $ 850.00 | Regal x0179 | Random |
| 7/19/2019 | $ 400.00 | Daisyland x0160 | Discount Inn |
| 7/11/2019 | $ 600.00 | Dover I x7170 | Discount Inn |
| 7/9/2019 | $ 1,300.00 | Regal x0179 | Random |
| 7/9/2019 | $ 700.00 | Dagny x7286 | Discount Inn |
| 7/9/2019 | $ 400.00 | Dover I x7170 | Discount Inn |
| 6/28/2019 | $ 770.00 | Super I x4741 | SNS General |
| 6/18/2019 | $ 600.00 | Regal x0179 | Random |
| 6/18/2019 | $ 350.00 | Daisyland x0160 | Discount Inn |
| 6/13/2019 | $ 550.00 | Regal x0179 | Random |
| 6/13/2019 | $ 280.00 | Distinctive x7227 | Discount Inn |
| 6/8/2019 | $ 800.00 | Darcy x3284 | Discount Inn |
| 6/7/2019 | $ 1,100.00 | Dover I x7170 | Discount Inn |
| 5/23/2019 | $ 830.00 | Darcy x3284 | Discount Inn |
| 5/21/2019 | $ 450.00 | Regal x0179 | Random |
| 5/17/2019 | $ 600.00 | Dagny x7286 | Discount Inn |
| 5/17/2019 | $ 600.00 | Regal x0179 | Random |
| 5/9/2019 | $ 1,100.00 | Dover I x7170 | Discount Inn |
| 5/9/2019 | $ 600.00 | Regal x0179 | Random |
| 5/9/2019 | $ 400.00 | Daisyland x0160 | Discount Inn |
| 4/26/2019 | $ 500.00 | Regal x0179 | Random |
| 4/18/2019 | $ 1,200.00 | Regal x0179 | Random |
| 4/18/2019 | $ 400.00 | Daisyland x0160 | Discount Inn |
| 4/16/2019 | $ 11,200.00 | Real Soil x4717 | Random |
| 4/16/2019 | $ 1,250.00 | Dagny x7286 | Discount Inn |
| 4/16/2019 | $ 800.00 | Regal x0179 | Random |
| 4/16/2019 | $ 700.00 | Dover I x7170 | Discount Inn |
| 4/15/2019 | $ 800.00 | Darcy x3284 | Discount Inn |

| | | | |
|---|---|---|---|
| 4/5/2019 | $ 2,000.00 | Dover I x7170 | Discount Inn |
| 3/25/2019 | $ 900.00 | Regal x0179 | Random |
| 3/15/2019 | $ 500.00 | Regal x0179 | Random |
| 3/12/2019 | $ 1,000.00 | Dover I x7170 | Discount Inn |
| 3/12/2019 | $ 800.00 | Darcy x3284 | Discount Inn |
| 3/12/2019 | $ 600.00 | Regal x0179 | Random |
| 3/12/2019 | $ 400.00 | Daisyland x0160 | Discount Inn |
| 3/6/2019 | $ 1,250.00 | Dagny x7286 | Discount Inn |
| 3/6/2019 | $ 700.00 | Super I x4741 | SNS General |
| 2/22/2019 | $ 850.00 | Regal x0179 | Random |
| 2/22/2019 | $ 350.00 | Daisyland x0160 | Discount Inn |
| 2/19/2019 | $ 450.00 | Regal x0179 | Random |
| 2/15/2019 | $ 800.00 | Darcy x3284 | Discount Inn |
| 2/11/2019 | $ 850.00 | Dover I x7170 | Discount Inn |
| 2/11/2019 | $ 400.00 | Regal x0179 | Random |
| 2/8/2019 | $ 1,200.00 | Regal x0179 | Random |
| 2/8/2019 | $ 700.00 | Debrox x7197 | Discount Inn |
| 1/24/2019 | $ 1,500.00 | Dover I x7170 | Discount Inn |
| 1/16/2019 | $ 800.00 | Darcy x3284 | Discount Inn |
| 1/15/2019 | $ 4,000.00 | Regal x0179 | Random |
| 1/14/2019 | $ 500.00 | Dover I x7170 | Discount Inn |
| 1/14/2019 | $ 400.00 | Daisyland x0160 | Discount Inn |
| 1/10/2019 | $ 1,250.00 | Dagny x7286 | Discount Inn |
| 1/10/2019 | $ 400.00 | Dover I x7170 | Discount Inn |
| 12/19/2018 | $ 830.00 | Darcy x3284 | Discount Inn |
| 12/19/2018 | $ 550.00 | Regal x0179 | Random |
| 12/19/2018 | $ 350.00 | Daisyland x0160 | Discount Inn |
| 12/14/2018 | $ 1,400.00 | Regal x0179 | Random |
| 12/14/2018 | $ 850.00 | Dover I x7170 | Discount Inn |
| 12/14/2018 | $ 800.00 | Super I x4741 | SNS General |
| 11/19/2018 | $ 800.00 | Darcy x3284 | Discount Inn |
| 11/16/2018 | $ 400.00 | Daisyland x0160 | Discount Inn |
| 11/13/2018 | $ 900.00 | Dover I x7170 | Discount Inn |
| 11/13/2018 | $ 500.00 | Regal x0179 | Random |
| 10/30/2018 | $ 375.00 | Regal x0179 | Random |
| 10/22/2018 | $ 1,200.00 | Dagny x7286 | Discount Inn |
| 10/19/2018 | $ 850.00 | Darcy x3284 | Discount Inn |
| 10/18/2018 | $ 1,500.00 | Dover I x7170 | Discount Inn |
| 10/15/2018 | $ 1,550.00 | Regal x0179 | Random |
| 10/15/2018 | $ 800.00 | Super I x4741 | SNS General |
| 10/15/2018 | $ 450.00 | Daisyland x0160 | Discount Inn |
| 10/11/2018 | $ 2,000.00 | Dover I x7170 | Discount Inn |
| 9/19/2018 | $ 850.00 | Regal x0179 | Random |
| 9/14/2018 | $ 800.00 | Darcy x3284 | Discount Inn |
| 9/12/2018 | $ 950.00 | Dover I x7170 | Discount Inn |
| 9/12/2018 | $ 350.00 | Daisyland x0160 | Discount Inn |
| 8/24/2018 | $ 32,500.00 | B.A.S.S. & M. x2608 | Wilson |
| 8/24/2018 | $ 32,500.00 | B.A.S.S. & M. x2608 | Wilson |

| | | | |
|---|---|---|---|
| 8/24/2018 | $ 32,500.00 | B.A.S.S. & M. x2608 | Ashoor |
| 8/24/2018 | $ 1,100.00 | Regal x0179 | Random |
| 8/24/2018 | $ 700.00 | Dagny x7286 | Discount Inn |
| 8/24/2018 | $ 400.00 | Super I x4741 | SNS General |
| 8/24/2018 | $ 250.00 | Daisyland x0160 | Discount Inn |
| 8/23/2018 | $ 105,000.00 | B.A.S.S. & M. x2608 | Wilson Dass |
| 8/23/2018 | $ 32,500.00 | B.A.S.S. & M. x2608 | Wilson Dass |
| 8/23/2018 | $ 850.00 | Darcy x3284 | Discount Inn |
| 8/10/2018 | $ 1,100.00 | Regal x0179 | Random |
| 8/10/2018 | $ 900.00 | Dover I x7170 | Discount Inn |
| 7/31/2018 | $ 750.00 | Regal x0179 | Random |
| 7/31/2018 | $ 380.00 | Super I x4741 | SNS General |
| 7/20/2018 | $ 800.00 | Darcy x3284 | Discount Inn |
| 7/13/2018 | $ 1,500.00 | Regal x0179 | Random |
| 7/13/2018 | $ 750.00 | Dover I x7170 | Discount Inn |
| 7/13/2018 | $ 400.00 | Daisyland x0160 | Discount Inn |
| 7/10/2018 | $ 800.00 | Super I x4741 | SNS General |
| 7/10/2018 | $ 500.00 | Dover I x7170 | Discount Inn |
| 6/20/2018 | $ 150.00 | Super I x4741 | SNS General |
| 6/18/2018 | $ 700.00 | Dagny x7286 | Discount Inn |
| 6/18/2018 | $ 500.00 | Daisyland x0160 | Discount Inn |
| 6/18/2018 | $ 500.00 | Dover I x7170 | Discount Inn |
| 6/14/2018 | $ 880.00 | Darcy x3284 | Discount Inn |
| 6/8/2018 | $ 500.00 | Regal x0179 | Random |
| 6/5/2018 | $ 3,900.00 | Regal x0179 | Random |
| 6/5/2018 | $ 1,250.00 | Dover I x7170 | Discount Inn |
| 6/5/2018 | $ 1,000.00 | Daisyland x0160 | Discount Inn |
| 6/5/2018 | $ 500.00 | Dover I x7170 | Discount Inn |
| 6/4/2018 | $ 550.00 | Regal x0179 | Random |
| 5/31/2018 | $ 500.00 | Regal x0179 | Random |
| 5/23/2018 | $ 450.00 | Dover I x7170 | Discount Inn |
| 5/17/2018 | $ 25,300.00 | Real Soil x4717 | Random |
| 5/17/2018 | $ 950.00 | Regal x0179 | Random |
| 5/15/2018 | $ 825.00 | Darcy x3284 | Discount Inn |
| 5/15/2018 | $ 600.00 | Dagny x7286 | Discount Inn |
| 5/15/2018 | $ 400.00 | Super I x4741 | SNS General |
| 5/15/2018 | $ 350.00 | Daisyland x0160 | Discount Inn |
| 5/14/2018 | $ 10,000.00 | B.A.S.S. & M. x2608 | Ashoor |
| 5/11/2018 | $ 10,000.00 | B.A.S.S. & M. x2608 | Wilson |
| 5/11/2018 | $ 10,000.00 | B.A.S.S. & M. x2608 | Wilson |
| 5/9/2018 | $ 10,000.00 | B.A.S.S. & M. x2608 | Dass |
| 5/7/2018 | $ 850.00 | Dover I x7170 | Discount Inn |
| 4/24/2018 | $ 850.00 | Regal x0179 | Random |
| 4/24/2018 | $ 500.00 | Dover I x7170 | Discount Inn |
| 4/19/2018 | $ 800.00 | Darcy x3284 | Discount Inn |
| 4/19/2018 | $ 600.00 | Dagny x7286 | Discount Inn |
| 4/12/2018 | $ 1,250.00 | Dover I x7170 | Discount Inn |
| 4/12/2018 | $ 850.00 | Regal x0179 | Random |

| | | | | |
|---|---|---|---|---|
| 4/12/2018 | $ | 400.00 | Daisyland x0160 | Discount Inn |
| 4/3/2018 | $ | 1,600.00 | Regal x0179 | Random |
| 4/3/2018 | $ | 500.00 | Dover I x7170 | Discount Inn |
| 3/15/2018 | $ | 800.00 | Darcy x3284 | Discount Inn |
| 3/15/2018 | $ | 800.00 | Regal x0179 | Random |
| 3/15/2018 | $ | 350.00 | Daisyland x0160 | Discount Inn |
| 3/9/2018 | $ | 850.00 | Dover I x7170 | Discount Inn |
| 3/9/2018 | $ | 750.00 | Super I x4741 | SNS General |
| 2/28/2018 | $ | 1,400.00 | Dover I x7170 | Discount Inn |
| 2/20/2018 | $ | 1,250.00 | Regal x0179 | Random |
| 2/20/2018 | $ | 800.00 | Darcy x3284 | Discount Inn |
| 2/20/2018 | $ | 500.00 | Super I x4741 | SNS General |
| 2/20/2018 | $ | 400.00 | Daisyland x0160 | Discount Inn |
| 2/20/2018 | $ | 400.00 | Dover I x7170 | Discount Inn |
| 2/8/2018 | $ | 13,650.00 | Daisyland x0160 | Discount Inn |
| 2/8/2018 | $ | 700.00 | Debrox x7197 | Discount Inn |
| 2/8/2018 | $ | 500.00 | Dover I x7170 | Discount Inn |
| 2/8/2018 | $ | 370.00 | Super I x4741 | SNS General |
| 1/26/2018 | $ | 550.00 | Regal x0179 | Random |
| 1/26/2018 | $ | 380.00 | Daisyland x0160 | Discount Inn |
| 1/25/2018 | $ | 800.00 | Darcy x3284 | Discount Inn |
| 1/12/2018 | $ | 750.00 | Dover I x7170 | Discount Inn |
| 1/5/2018 | $ | 500.00 | Regal x0179 | Random |
| 1/5/2018 | $ | 500.00 | Super I x4741 | SNS General |
| 12/22/2017 | $ | 350.00 | Regal x0179 | Random |
| 12/19/2017 | $ | 900.00 | Super I x4741 | SNS General |
| 12/19/2017 | $ | 600.00 | Regal x0179 | Random |
| 12/19/2017 | $ | 380.00 | Daisyland x0160 | Discount Inn |
| 12/15/2017 | $ | 800.00 | Darcy x3284 | Discount Inn |
| 12/11/2017 | $ | 400.00 | Dover I x7170 | Discount Inn |
| 12/11/2017 | $ | 350.00 | Regal x0179 | Random |
| 12/4/2017 | $ | 2,300.00 | Regal x0179 | Random |
| 11/29/2017 | $ | 480.00 | Dover I x7170 | Discount Inn |
| 11/29/2017 | $ | 400.00 | Super I x4741 | SNS General |
| 11/28/2017 | $ | 42,660.00 | Regal x0179 | Dass |
| 11/20/2017 | $ | 400.00 | Dover I x7170 | Discount Inn |
| 11/20/2017 | $ | 380.00 | Daisyland x0160 | Discount Inn |
| 11/20/2017 | $ | 200.00 | Regal x0179 | Random |
| 11/17/2017 | $ | 820.00 | Darcy x3284 | Discount Inn |
| 11/8/2017 | $ | 400.00 | Regal x0179 | Random |
| 11/6/2017 | $ | 1,000.00 | Super I x4741 | SNS General |
| 11/6/2017 | $ | 480.00 | Dagny x7286 | Discount Inn |
| 11/6/2017 | $ | 380.00 | Dover I x7170 | Discount Inn |
| 10/31/2017 | $ | 500.00 | Regal x0179 | Random |
| 10/30/2017 | $ | 500.00 | Regal x0179 | Random |
| 10/20/2017 | $ | 500.00 | Regal x0179 | Random |
| 10/20/2017 | $ | 380.00 | Daisyland x0160 | Discount Inn |
| 10/16/2017 | $ | 44,500.00 | Regal x0179 | Random |

| | | | |
|---|---|---|---|
| 10/16/2017 | $ 1,850.00 | Regal x0179 | Random |
| 10/13/2017 | $ 1,350.00 | Dover I x7170 | Discount Inn |
| 10/12/2017 | $ 850.00 | Regal x0179 | Random |
| 10/12/2017 | $ 830.00 | Darcy x3284 | Discount Inn |
| 10/12/2017 | $ 400.00 | Super I x4741 | SNS General |
| 10/10/2017 | $ 99,880.00 | Regal x0179 | Random |
| 10/10/2017 | $ 400.00 | Dover I x7170 | Discount Inn |
| 10/4/2017 | $ 500.00 | Dagny x7286 | Discount Inn |
| 9/28/2017 | $ 380.00 | Dover I x7170 | Discount Inn |
| 9/19/2017 | $ 900.00 | Regal x0179 | Random |
| 9/19/2017 | $ 370.00 | Daisyland x0160 | Discount Inn |
| 9/12/2017 | $ 900.00 | Dover I x7170 | Discount Inn |
| 9/12/2017 | $ 450.00 | Dagny x7286 | Discount Inn |
| 9/12/2017 | $ 400.00 | Super I x4741 | SNS General |
| 9/12/2017 | $ 350.00 | Regal x0179 | Random |
| 8/23/2017 | $ 550.00 | Regal x0179 | Random |
| 8/18/2017 | $ 550.00 | Regal x0179 | Random |
| 8/11/2017 | $ 400.00 | Super I x4741 | SNS General |
| 8/9/2017 | $ 400.00 | Regal x0179 | Random |
| 8/7/2017 | $ 500.00 | Dover I x7170 | Discount Inn |
| 8/3/2017 | $ 500.00 | Dagny x7286 | Discount Inn |
| 8/2/2017 | $ 800.00 | Super I x4741 | SNS General |
| 8/2/2017 | $ 400.00 | Dover I x7170 | Discount Inn |
| 7/6/2017 | $ 450.00 | Dagny x7286 | Discount Inn |
| | $ 1,773,779.74 | | |
| | **$ 1,773,779.74** | | |