Instructions

**1. List all payments regardless of payment type (Zelle, check, cash, etc.)**
**2. List all payments regardless of nature of transaction (rent, rent-to-own, sale, security deposit, etc.)**
**3. Need 2022, 2023, and 1/1/2024 to Petition Date.**
**4. Do 1/1/2024 to Petition Date first and then send to Penny before finishing other years.**

**Security Deposit Highlighted in Yellow**

| Debtor Name | Tenant Address | Reason for Payment (e.g., rent, rent-to-own, sale, security deposit, etc.) | Payment Date | Payment Amount | Payment Method | Where Deposited Identify one: "Lana's Account," "Debtor's Account," "Title Company," or "Other" | Was it Transferred to Debtor Bank Account |
|---|---|---|---|---|---|---|---|
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 1/10/2022 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 2/4/2022 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 3/7/2022 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 4/7/2022 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 5/5/2022 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 6/6/2022 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 7/7/2022 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 8/8/2022 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 9/6/2022 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 10/4/2022 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 11/7/2022 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 12/5/2022 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 1/5/2023 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 2/3/2023 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 3/6/2023 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 4/3/2023 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 5/4/2023 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT///NELSON SAUCEDO | 6/5/2023 | $850.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT/// DELGADO/// ISEC DEP + IST MONTH REN | 7/3/2023 | $3,000.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT | 8/1/2023 | $1,500.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT | 9/5/2023 | $1,500.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT | 10/2/2023 | $1,500.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT | 11/2/2023 | $1,500.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT | 12/4/2023 | $1,500.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT | 1/2/2024 | $1,500.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT | 2/2/2024 | $1,500.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT | 3/4/2024 | $1,500.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT | 4/2/2024 | $1,500.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT | 5/1/2024 | $1,500.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 4925 S HALSTED | RENT | 6/2/2024 | $1,500.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL | 8218 S ASHLAND | RENT/// 2 MONTHS SEC DEP | 9/23/2024 | $1,000.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 1/21/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 2/23/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 3/23/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 4/25/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 5/23/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 6/21/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 7/18/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 8/22/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 9/21/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 10/25/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 11/21/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 12/19/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 1/16/2023 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 2/21/2023 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 3/27/2023 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 5/1/2023 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 6/1/2023 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 6/30/2023 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 8/1/2023 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 9/5/2023 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 10/6/2023 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 11/8/2023 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 12/4/2023 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 1/8/2024 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 2/9/2024 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 3/6/2024 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 4/4/2024 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 5/6/2024 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 5637-39 S ASHLAND | RENT | 6/1/2024 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| REGAL OWNS W/BASS | 6933-37 S ASHLAND | RENT | 11/1/2023 | $600.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL OWNS W/BASS | 6933-37 S ASHLAND | RENT | 12/4/2023 | $600.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL OWNS W/BASS | 6933-37 S ASHLAND | RENT | 1/4/2024 | $600.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL OWNS W/BASS | 6933-37 S ASHLAND | RENT | 2/5/2024 | $600.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL OWNS W/BASS | 6933-37 S ASHLAND | RENT | 3/4/2024 | $600.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL OWNS W/BASS | 6933-37 S ASHLAND | RENT | 4/8/2024 | $600.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL OWNS W/BASS | 6933-37 S ASHLAND | RENT | 5/7/2024 | $600.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL OWNS W/BASS | 6933-37 S ASHLAND | RENT | 6/7/2024 | $600.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL OWNS W/BASS | 6933-37 S ASHLAND | RENT | 7/9/2024 | $600.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL OWNS W/BASS | 6933-37 S ASHLAND | RENT | 8/7/2024 | $600.00 | ZELLE | LANA CHASE 6315 | NO |
| REGAL OWNS W/BASS | 6933-37 S ASHLAND | RENT | 9/9/2024 | $600.00 | ZELLE | LANA CHASE 6315 | NO |
| | | | | $54,650.00 | | | |

Instructions

**1. List all payments regardless of payment type (Zelle, check, cash, etc.)**
**2. List all payments regardless of nature of transaction (rent, rent-to-own, sale, security deposit, etc.)**
**3. Need 2022, 2023, and 1/1/2024 to Petition Date.**
**4. Do 1/1/2024 to Petition Date first and then send to Penny before finishing other years.**

**Security Deposit Highlighted in Yellow**

| Debtor Name | Tenant Address | Reason for Payment (e.g., rent, rent-to-own, sale, security deposit, etc.) | Payment Date | Payment Amount | Payment Method | Where Deposited Identify one: "Lana's Account," "Debtor's Account," "Title Company," or "Other" | Was it Transferred to Debtor Bank Account |
|---|---|---|---|---|---|---|---|
| SUPER I | 719 - 725 N PULASKI | RENT/// LUCAS | 1/21/2022 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 2/24/2022 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 3/29/2022 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 5/2/2022 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 5/31/2022 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 7/11/2022 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 8/8/2022 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 9/16/2022 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 10/1/2022 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 10/28/2022 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 11/30/2022 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 12/30/2022 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 1/30/2023 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 2/23/2023 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 3/24/2023 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 5/3/2023 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 6/7/2023 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 6/29/2023 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 7/26/2023 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 9/5/2023 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 9/20/2023 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 10/30/2023 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 11/28/2023 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 12/28/2023 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 1/22/2024 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 2/23/2024 | $500.00 | ZELLE | LANA CHASE 6315 | NO |
| SUPER I | 719 - 725 N PULASKI | RENT | 4/2/2024 | $500.00 | ZELLE | LANA CHASE 6315 | NO |

Instructions

**1. List all payments regardless of payment type (Zelle, check, cash, etc.)**
**2. List all payments regardless of nature of transaction (rent, rent-to-own, sale, security deposit, etc.)**
**3. Need 2022, 2023, and 1/1/2024 to Petition Date.**

| Debtor Name | Tenant Address | Reason for Payment (e.g., rent, rent-to-own, sale, security deposit, etc.) | Payment Date | Payment Amount | Payment Method | Identify one: "Lana's Account," "Debtor's Account," "Title Company," or | Was it Transferred to Debtor Bank Account |
|---|---|---|---|---|---|---|---|
| BASS/ STTA | 6158 S ASHLAND | RENT | 5/6/2023 | $1,500.00 | CASH | CASH | NO |
| BASS/ STTA | 6158 S ASHLAND | RENT | 6/7/2023 | $1,500.00 | CASH | CASH | NO |
| BASS/ STTA | 6158 S ASHLAND | RENT | 7/10/2023 | $1,500.00 | CASH | CASH | NO |
| BASS/ STTA | 6158 S ASHLAND | RENT | 8/9/2023 | $1,500.00 | CASH | CASH | NO |
| BASS/ STTA | 6158 S ASHLAND | RENT | 9/12/2023 | $1,500.00 | CASH | CASH | NO |
| BASS/ STTA | 6158 S ASHLAND | RENT | 10/12/2023 | $1,500.00 | CASH | CASH | NO |
| BASS/ STTA | 6158 S ASHLAND | RENT | 11/15/2023 | $1,500.00 | CASH | CASH | NO |
| BASS/ STTA | 6158 S ASHLAND | RENT | 12/22/2023 | $1,500.00 | CASH | CASH | NO |
| BASS/ STTA | 6158 S ASHLAND | RENT | 1/25/2024 | $1,500.00 | CASH | CASH | NO |
| BASS/ STTA | 6158 S ASHLAND | RENT | 2/24/2024 | $1,500.00 | CASH | CASH | NO |
| BASS/ STTA | 6158 S ASHLAND | RENT | 3/20/2024 | $1,500.00 | CASH | CASH | NO |
| BASS/ STTA | 6158 S ASHLAND | RENT | 4/17/2024 | $1,500.00 | CASH | CASH | NO |
| BASS/ STTA | 6158 S ASHLAND | RENT | 5/15/2024 | $1,500.00 | CASH | CASH | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 1/17/2022 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 2/14/2022 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 3/10/2022 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 4/6/2022 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 5/6/2022 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 6/6/2022 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 7/12/2022 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 8/8/2022 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 9/9/2022 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 10/11/2022 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 11/7/2022 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 12/7/2022 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 1/9/2023 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 2/10/2023 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 3/8/2023 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 4/12/2023 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 5/15/2023 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 6/8/2023 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 7/7/2023 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 8/10/2023 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 9/12/2023 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 10/20/2023 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 11/17/2023 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 12/20/2023 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 1/24/2024 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 3/1/2024 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 3/25/2024 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| BASS/ STTA | 210 S CICERO | LAND CONTRACT MORTGAGE | 4/24/2024 | $1,100.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 5/1/2023 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 6/1/2023 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 6/30/2023 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 8/1/2023 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 9/5/2023 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 10/6/2023 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 11/8/2023 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 12/4/2023 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 1/8/2024 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 2/9/2024 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 3/6/2024 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 4/4/2024 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 5/6/2024 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 6/1/2024 | $500.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 1/21/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 2/23/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 3/23/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 4/25/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 5/23/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 6/21/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 7/18/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 8/22/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 9/21/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 10/25/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 11/21/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 12/19/2022 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 1/16/2023 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 2/21/2023 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/REC** | 5637-39 S ASHLAND | RENT | 3/27/2023 | $350.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| **OWNS W/ DO** | 5232-36 S ASHLAND | RENT | 6/2/2024 | $225.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| | | | | $62,775.00 | | | |

Instructions

1. List all payments regardless of payment type (Zelle, check, cash, etc.)
2. List all payments regardless of nature of transaction (rent, rent-to-own, sale, security deposit, etc.)
3. Need 2022, 2023, and 1/1/2024 to Petition Date.
4. Do 1/1/2024 to Petition Date first and then send to Penny before finishing other years.

**Security Deposit Highlighted in Yellow**

| Debtor Name | Tenant Address | Reason for Payment (e.g., rent, rent-to-own, sale, security deposit, etc.) | Payment Date | Payment Amount | Payment Method | Identify one: "Lana's Account," "Debtor's Account," "Title Company," or "Other" | Was it Transferred to Debtor Bank Account |
|---|---|---|---|---|---|---|---|
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 01/28/22 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 03/01/22 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 03/28/22 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 04/26/22 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 05/31/22 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 06/29/22 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 07/29/22 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 09/06/22 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 10/03/22 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 10/31/22 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 11/30/22 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 01/05/23 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 02/28/23 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 04/25/23 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 06/02/23 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 07/19/23 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 08/31/23 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 09/28/23 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 11/02/23 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 12/20/23 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| DAGNY | 432-436 N CICERO | RENT TO DEWAYNE STEWART | 02/28/24 | $ 700.00 | ZELLE | LANA'S ACCT CHASE 6315 | NO |
| | | | | $14,700.00 | | | |

Instructions

**1. List all payments regardless of payment type (Zelle, check, cash, etc.)**
**2. List all payments regardless of nature of transaction (rent, rent-to-own, sale, security deposit, etc.)**
**3. Need 2022, 2023, and 1/1/2024 to Petition Date.**
**4. Do 1/1/2024 to Petition Date first and then send to Penny before finishing other years.**

**Security Deposit Highlighted in Yellow**

| **Debtor Name** | **Tenant Address** | **Reason for Payment** (e.g., rent, rent-to-own, sale, security deposit, etc.) | **Payment Date** | **Payment Amount** | **Payment Method** | **Where Deposited** Identify one: "Lana's Account," "Debtor's Account," "Title Company," or "Other" | **Was it Transferred to Debtor Bank Account** |
|---|---|---|---|---|---|---|---|
| DAISYLAND | 5919 S WENTWORTH | RENT | 5/1/2024 | $450.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 5919 S WENTWORTH | RENT | 6/3/2024 | $450.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT | 1/22/2022 | $550.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT | 2/23/2022 | $550.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT | 3/23/2022 | $550.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT | 4/25/2022 | $550.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT | 5/23/2022 | $550.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT | 6/21/2022 | $550.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT | 7/8/2022 | $550.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT | 8/22/2022 | $550.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT | 9/21/2022 | $550.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT | 10/25/2022 | $550.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT | 11/21/2022 | $550.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT | 12/19/2022 | $550.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT | 1/16/2023 | $550.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT | 2/21/2023 | $550.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT | 3/27/2023 | $550.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT | 5/1/2023 | $550.00 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT TO OWN | 6/2/2023 | $1,453.08 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT TO OWN | 6/30/2023 | $1,453.08 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT TO OWN | 8/2/2023 | $1,453.08 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT TO OWN | 9/6/2023 | $1,453.08 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT TO OWN | 10/6/2023 | $1,453.80 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT TO OWN | 11/7/2023 | $1,453.80 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT TO OWN | 12/4/2023 | $1,453.80 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT TO OWN | 1/5/2024 | $1,453.80 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT TO OWN | 2/9/2024 | $1,453.80 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT TO OWN | 3/6/2024 | $1,453.80 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT TO OWN | 4/4/2024 | $1,453.80 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT TO OWN | 5/6/2024 | $1,453.80 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| DAISYLAND | 6118 S PRINCETON | RENT TO OWN | 6/1/2024 | $1,453.80 | ZELLE | LANA'S CHASE ACCT 6315 | NO |
| | | | | $28,596.52 | | | |

Instructions

**1. List all payments regardless of payment type (Zelle, check, cash, etc.)**
**2. List all payments regardless of nature of transaction (rent, rent-to-own, sale, security deposit, etc.)**
**3. Need 2022, 2023, and 1/1/2024 to Petition Date.**
**4. Do 1/1/2024 to Petition Date first and then send to Penny before finishing other years.**

**Security Deposit Highlighted in Yellow**

| Debtor Name | Tenant Address | Reason for Payment (e.g., rent, rent-to-own, sale, security deposit, etc.) | Payment Date | Payment Amount | Payment Method | Where Deposited Identify one: "Lana's Account," "Debtor's Account," "Title Company," or "Other" | Was it Transferred to Debtor Bank Account |
|---|---|---|---|---|---|---|---|
| DOVER OWNS W/ BASS | 5232-36 S ASHLAND | RENT/ 2 MOMTHS SEC DEPOSIT | 4/16/2024 | $450.00 | CHECK | BASS BMO 3450 | N/A |
| DOVER OWNS W/ BASS | 5232-36 S ASHLAND | RENT | 4/16/2024 | $225.00 | CHECK | COMMISSION TO LUNA REALTY | N/A |
| DOVER OWNS W/ BASS | 5232-36 S ASHLAND | RENT | 6/2/2024 | $225.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | NO |
| DOVER OWNS W/ BASS | 5232-36 S ASHLAND | RENT | 7/5/2024 | $225.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | YES |
| DOVER OWNS W/ BASS | 5232-36 S ASHLAND | RENT | 7/31/2024 | $225.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | YES |
| DOVER OWNS W/ BASS | 5232-36 S ASHLAND | RENT | 9/19/2024 | $225.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | YES |
| DOVER OWNS W/ BASS | 5232-36 S ASHLAND | RENT | 10/4/2024 | $225.00 | ZELLE | LANA'S ACCT AT CHASE 6315 | YES |
| DOVER | 5800-16 S LOWE | 1 SEC DEPOSIT + 1ST RENT | 5/12/2023 | $3,000.00 | CHECK | DOVER BMO 7170 | N/A |
| DOVER | 5800-16 S LOWE | RENT | 9/5/2023 | $1,500.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 5800-16 S LOWE | RENT | 10/5/2023 | $1,500.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 5800-16 S LOWE | RENT | 11/5/2023 | $1,500.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 5800-16 S LOWE | RENT | 12/5/2023 | $1,500.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 5800-16 S LOWE | RENT | 1/5/2024 | $1,500.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 5800-16 S LOWE | RENT | 2/6/2024 | $1,500.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 5800-16 S LOWE | RENT | 3/5/2024 | $1,500.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 5800-16 S LOWE | RENT | 4/3/2024 | $1,500.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 5800-16 S LOWE | RENT | 5/7/2024 | $1,500.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 5800-16 S LOWE | RENT | 6/4/2024 | $1,500.00 | ZELLE | LANA CHASE 6315 | YES |
| DOVER | 5800-16 S LOWE | RENT | 7/4/2024 | $1,500.00 | ZELLE | LANA CHASE 6315 | YES |
| DOVER | 5800-16 S LOWE | RENT | 8/1/2024 | $1,500.00 | ZELLE | LANA CHASE 6315 | YES |
| DOVER | 5800-16 S LOWE | RENT | 9/9/2024 | $1,500.00 | ZELLE | LANA CHASE 6315 | YES |
| DOVER | 5800-16 S LOWE | RENT | 10/1/2024 | $1,500.00 | ZELLE | LANA CHASE 6315 | YES |
| DOVER | 5832 + 5844 S GREEN | RENT/// 1 SEC DEP + 1ST RENT | 10/5/2023 | $1,200.00 | CHECK | DOVER BMO 7170 | N/A |
| DOVER | 5832 + 5844 S GREEN | RENT | 1/8/2024 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 5832 + 5844 S GREEN | RENT | 2/6/2024 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 5832 + 5844 S GREEN | RENT | 3/5/2024 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 5832 + 5844 S GREEN | RENT | 4/3/2024 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 5832 + 5844 S GREEN | RENT | 5/7/2024 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 5832 + 5844 S GREEN | RENT | 6/4/2024 | $600.00 | ZELLE | LANA CHASE 6315 | YES |
| DOVER | 5832 + 5844 S GREEN | RENT | 7/4/2024 | $600.00 | ZELLE | LANA CHASE 6315 | YES |
| DOVER | 5832 + 5844 S GREEN | RENT | 8/1/2024 | $600.00 | ZELLE | LANA CHASE 6315 | YES |
| DOVER | 5832 + 5844 S GREEN | RENT | 9/9/2024 | $600.00 | ZELLE | LANA CHASE 6315 | YES |
| DOVER | 5832 + 5844 S GREEN | RENT | 10/1/2024 | $600.00 | ZELLE | LANA CHASE 6315 | YES |
| DOVER | 4751-57 W JACKSON | RENT | 9/22/2024 | $500.00 | ZELLE | LANA CHASE 6315 | YES |
| DOVER | 4751-57 W JACKSON | RENT | 10/1/2024 | $500.00 | ZELLE | LANA CHASE 6315 | YES |
| DOVER | 410 W 109TH ST | RENT | 8/1/2024 | $600.00 | ZELLE | LANA CHASE 6315 | YES |
| DOVER | 410 W 109TH ST | RENT | 9/9/2024 | $600.00 | ZELLE | LANA CHASE 6315 | YES |
| DOVER | 410 W 109TH ST | RENT | 10/1/2024 | $600.00 | ZELLE | LANA CHASE 6315 | YES |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOVER | 227 S CICERO | RENT/// 2 MONTHS SEC DEPOSIT | 5/10/2024 | $2,000.00 | CHECK | DOVER BMO 7170 | N/A |
| DOVER | 227 S CICERO | RENT | 6/10/2024 | $1,000.00 | ZELLE | LANA CHASE 6315 | NO |
| DOVER | 227 S CICERO | RENT | 7/10/2024 | $1,000.00 | ZELLE | LANA CHASE 6315 | NO |
| DOVER | 4547 W POLK | RENT | 1/12/2022 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 2/15/2022 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 3/7/2022 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 4/6/2022 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 5/5/2022 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 6/6/2022 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 7/11/2022 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 8/1/2022 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 9/8/2022 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 10/6/2022 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 11/15/2022 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 12/10/2022 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 1/17/2023 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 2/6/2023 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 3/5/2023 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 4/11/2023 | $600.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 5/14/2023 | $800.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 6/12/2023 | $800.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 7/11/2023 | $800.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 8/8/2023 | $800.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 9/11/2023 | $800.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 10/9/2023 | $800.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 11/7/2023 | $800.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 12/14/2023 | $800.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 1/8/2024 | $800.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 2/15/2024 | $800.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 3/6/2024 | $800.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 4/3/2024 | $800.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 5/8/2024 | $800.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4547 W POLK | RENT | 6/17/2024 | $800.00 | CHECK | DOVER BYLINE 0466 | |
| DOVER | 4547 W POLK | RENT | 7/1/2024 | $800.00 | ZELLE | DOVER ASSOC BK 0156 | |
| DOVER | 4547 W POLK | RENT | 8/5/2024 | $800.00 | ZELLE | DOVER ASSOC BK 0156 | |
| DOVER | 4547 W POLK | RENT | 9/4/2024 | $800.00 | ZELLE | DOVER ASSOC BK 0156 | |
| DOVER | 4547 W POLK | RENT | 10/2/2024 | $800.00 | ZELLE | DOVER ASSOC BK 0156 | |
| DOVER | 1158 W 68TH ST | RENT// 2 SEC DEPOSITS | 5/21/2024 | $1,000.00 | CHECK | DOVER BYLINE 0466 | |
| DOVER | 4555 W MONROE | SOLD RENT TO OWN/// 2ND INST | 3/22/2022 | $50,000.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4555 W MONROE | SOLD RENT TO OWN/// 3RD INST | 9/8/2022 | $50,000.00 | CHECK | DOVER BMO 7170 | |
| DOVER | 4555 W MONROE | SOLD RENT TO OWN/// BALANCE | 3/6/2023 | $19,581.30 | CHECK | DOVER BMO 7170 | |
| DOVER | 738 S PULASKI | SOLD | 3/22/2022 | $13,250.16 | CHECK | DOVER BMO 7170 | |