)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable Daniel R. Fine Hearing Date September 15, 2026

Bankruptcy Case 24-15381 Adversary No.

Title of Case B.A.S.S. & M., Inc.

Brief Statement of Motion: Motion for Civil Contempt Against Douglas Belofsky (Docket No. 845)

Names and Addresses of moving counsel

Representing

ORDER

**Any response brief must be filed by September 22, 2026. Failure to respond will constitute waiver of any objection. Reply to be filed and served by September 25, 2026. Ruling on this matter will be held on September 29, 2026 at 10:30 a.m. in Courtroom 619, 219 S. Dearborn St, Chicago, IL 60604. Parties may attend in person or by video conference in accordance with Judge Fine's procedures.**

Dan Fine

**U S Bankruptcy Judge Daniel R. Fine**